IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARLOS DEGLACE<br>#04228-017<br>FCC Forrest City (Med)<br>POB 3000-Unit C2<br>Forrest City, AR. 72335,<br><br>                    Plaintiff,<br><br>    v.<br><br>DRUG ENFORCEMENT ADMINISTRATION,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br>Civil Action No. 05-2276 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Peter D. Blumberg, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th St., N.W.
Washington, D.C.  20530
(202) 514-7157

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 28th day of December, 2006, I caused the attached Entry of Appearance to be served on plaintiff, by first class United States mail:

Carlos Deglace
#04228-017
FCC- Forrest City (MED)
POB 3000-Unit C2
Forrest City, AK 72335

    PETER D. BLUMBERG
    Assistant United States Attorney