IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CARLOS DEGLACE**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**DRUG ENFORCEMENT ADMINISTRATION,** )<br>)<br>**Defendant.**  )<br>) | Civil Action No. 05-2276 (CKK) |

## MOTION FOR ENTRY OF DISPOSITIVE MOTIONS SCHEDULE

Defendant Drug Enforcement Administration ("DEA") respectfully moves this Court for the establishment of a scheduling order in this matter. Good cause exists to grant this motion:

1. This matter arises under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and involves a FOIA request by plaintiff directed to the DEA.

2. Service on the United States Attorney's Office was accomplished on November 28, 2005; meaning that defendant's answer is due December 28, 2005.

3. As FOIA cases are typically resolved on Motions for Summary Judgment, this Court has typically requested that a dispositive motions schedule be established at the outset, so that the matter may be resolved by the Court as expeditiously as possible.

4. Defendants would thus request that the following be established as the briefing schedule in this matter:

Defendant's Motion: February 10, 2006

Plaintiff's Opposition: March 10, 2006

Defendant's Reply: March 24, 2006

5. Plaintiff is currently incarcerated; consequently, defendants' counsel has not sought to reach him to ascertain his position on the relief requested.[1]

For these reasons, defendant requests that the Court grant this Motion for Entry of a Scheduling Order. A proposed order is included with this Motion.

                          Respectfully Submitted,

                          _____/s/_____
                          KENNETH L. WAINSTEIN [451058]
                          United States Attorney

                          _____/s/_____
                          R. CRAIG LAWRENCE [171538]
                          Assistant United States Attorney

                          _____/s/_____
                          PETER D. BLUMBERG [463247]
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 Fourth Street, N.W,
                          Washington, D.C.  20530
                          (202) 514-7157

Dated: December 28, 2005

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of December, 2006, I caused the attached Motion for Entry of Scheduling Order to be served on plaintiff, by first class United States mail:

Carlos Deglace
#04228-017
FCC- Forrest City (MED)
POB 3000-Unit C2
Forrest City, AK 72335


                                    /s/
                            PETER D. BLUMBERG
                            Assistant United States Attorney