IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLOS DEGLACE**         )<br>)<br>**Plaintiff,**  )<br>)<br>v.            )<br>)<br>**DRUG ENFORCEMENT ADMINISTRATION,** )<br>)<br>**Defendant.**  )<br>)  | Civil Action No. 05-2276 (CKK) |

### ORDER

This matter comes before the Court on defendant's Motion for Entry of Scheduling Order. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 200__ hereby,

ORDERED that the motion is granted, and it is further

ORDERED that dispositive motions shall be filed on the following schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | February 10, 2006 |
| Plaintiff's Opposition to Defendant's Motion: | March 10, 2006 |
| Defendant's Reply: | March 24, 2006 |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Plaintiff (mail service)

Carlos Deglace
#04228-017
FCC- Forrest City (MED)
POB 3000-Unit C2
Forrest City, AK 72335

Defendant

via ECF