IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2276 (CKK) |
| ) | |
| DRUG ENFORCEMENT ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on defendant's Motion for Entry of Scheduling Order. Upon consideration of the motion, and for good cause shown, it is this 6th day of _Jan_, 2006 hereby,

ORDERED that the motion is granted, and it is further

ORDERED that dispositive motions shall be filed on the following schedule:

Defendant's Motion for Summary Judgment:    February 10, 2006

Plaintiff's Opposition to
Defendant's Motion:    March 10, 2006

Defendant's Reply:    March 24, 2006

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Plaintiff (mail service)

Carlos Deglace
#04228-017
FCC- Forrest City (MED)
POB 3000-Unit C2
Forrest City, AK 72335

Defendant

via ECF