UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2276 (CKK) |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant respectfully moves for an enlargement of time through and including February 16, 2006 within which to file a motion for summary judgment in this matter. Good cause exists to grant this motion:

1. Defendant's motion for summary judgment is currently due February 10, 2006.

2. Defendant needs additional time to prepare a motion for summary judgment. Due to the large number of Freedom of Information Act ("FOIA") matters brought against DEA, the preparation of a Declaration supporting the agency's exemption claims in this case has taken longer than anticipated. While the Declaration is now substantially complete, there is still some additional work to be done on the document; in addition, defendant needs some additional time to complete the accompanying Memorandum of Law in support of the Motion for Summary Judgment.

3. Defendant therefore requests an enlargement of time to file a motion for summary judgment, of four business days, through and including February 16, 2006, with the opposition and reply dates adjusted accordingly, to March 16, 2006 and March 30, 2006, respectively.

4. This is the first extension of time sought of the summary judgment deadline subsequent to the establishment of the briefing schedule.

5. Plaintiff is currently incarcerated; consequently, defendant's counsel has not sought to reach him to ascertain his position on the relief requested.[1]

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to File Motion for Summary Judgment.

                            Respectfully submitted,

                            _____/s/_____
                            KENNETH L. WAINSTEIN, D.C. Bar # 451058
                            United States Attorney

                            _____/s/_____
                            R. CRAIG LAWRENCE, D.C. Bar # 171538
                            Assistant United States Attorney

                            _____/s/_____
                            PETER D. BLUMBERG, Bar # 463247
                            Assistant United States Attorney
                            United States Attorney's Office
                            Civil Division
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7157

Dated: February 8, 2006

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of February, 2006, I caused the attached Motion for Enlargement of Time to be served on plaintiff, by first class United States mail:

Carlos Deglace
#04228-017
FCC- Forrest City (MED)
POB 3000-Unit C2
Forrest City, AK 72335

                                              /s/
                                      PETER D. BLUMBERG
                                      Assistant United States Attorney