IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARLOS DEGLACE** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DRUG ENFORCEMENT ADMINISTRATION,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 05-2276 (CKK) |

## ORDER

This matter comes before the Court on defendant's Motion for Enlargement of Time to File Motion for Summary Judgment. Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 200__ hereby,

ORDERED that the motion is granted, and it is further

ORDERED that dispositive motions shall be filed on the following schedule:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | February 16, 2006 |
| Plaintiff's Opposition to Defendant's Motion: | March 16, 2006 |
| Defendant's Reply: | March 30, 2006 |

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Plaintiff (mail service)

Carlos Deglace
#04228-017
FCC- Forrest City (MED)
POB 3000-Unit C2
Forrest City, AK 72335

Defendant

via ECF