UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
|       v. | ) Civil Action No. 05-2276 (CKK) |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
|       **Defendant.** | ) |
| | ) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant Local Rule 7(h), defendant submits the following statement of material facts as to which there is no genuine issue, with references to the part of the record relied upon to support the statement:

1. By letter attested to on August 9, 2004, Mr. Deglace requested "access to or copies of any and all documents pertaining to DEA informant Steven Francis Ming." See Comp. Ex. 1; Declaration of William C. Little ("Little Dec.") at ¶ 12.[1] Mr. Delgace listed several specific categories of records that he sought through his request, all of which pertained to Mr. Ming. See id.

2. Mr. Deglace has not provided written authorization from Mr. Ming permitting release of the requested records, nor has he submitted proof of death. See id. at ¶ 19; see also Comp., Ex. C .

---

[1] William C. Little is an attorney with the DEA, Office of Chief Counsel, Administrative Law Section. His primary responsibility are with matters arising under the FOIA. He is familiar with the Complaint in this action and personally conducted a review of the contents of the file and records maintained by the DEA FOIA Unit. See Little Dec. at ¶¶ 1-11.

3. The information sought by plaintiff's request was compiled for law enforcement purposes. See Little Dec. at ¶ 20, 21; see also Comp. Ex. A (describing the types of records sought).

4. There is a privacy interest in the records at issue. See Little Dec. at ¶ 24.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney


/s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: February 16, 2006