July__, 2004

Drug Enforcement Administration
Freedom of Information Section
700 Army-Navy Drive
Arlington, Virginia 22202

**Re: FOIA Request**

Dear Sir/Madam:

I write to request documents under the Freedom of Information Act, as amended, 5 U.S.C,. § 552 et. seq. I'm requesting access to or copies of any and all documents pertaining to DEA informant Steven Francis Ming. Ming's identifying information is as follows:

> Steven F. Ming
> Date of Birth: 12-27-68
> Social Security Number: 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
> Beginning DEA Employment 1987
> USM No: 01718-017

I specifically request copies of the following documents:

1. Criminal history, record of arrests, convictions, warrants, or other pending criminal cases involving Mr. Ming.

2. All case names, case numbers and judicial districts, federal, state or local, where Mr. Ming has testified under oath. I attach a partial list of cases or jurisdictions I have identified as Exhibit A.

3. All instances where the Drug Enforcement Administration has intervened on Mr. Ming behalf to assist him in avoiding criminal problems or prosecutions.

4. All administrative sanctions imposed on Mr. Ming by DEA for any dishonesty, false claims, or other deceit or

behavior that DEA has deemed inappropriate.

If, for reason, you choose not send the requested information, please furnish me with a "Vaughn Index" as set forth in Vaughn v. Rosen, 484 F.2d 820 (DC Cir. 1973), cert. denied, 415 US 977 (1974); Dept. of Justice v. Tax Analysts, 492 US 136, 109 S.Ct. 2841, 106 LEd.2d 112 (1989).

In the event that some of the documents are considered by you to be exempted from disclosure under the Act, please include all segregable portion of documents and the specific exemption you are relying upon to deny disclosure of the exercised portions. Note: In order to avoid disclosure, you must claim an appropriate exemption under the Act.

I am requesting a fee waiver or at least a fee reduction; however, if it should happen that you deny this request for waiver; I hereby agree to pay the fees search and duplication while retaining my right to appeal your decision.

I, Carlos Deglace HEREBY CERTIFY and SWEAR, under penalty of perjury (28 USC § 1746; 18 USC §§ 1001, 1621), that the information herein requested will not be used by or for any comercial purpose.

The Inmate, Carlos Deglace has presented his identification Card and did take an Oath that this Request is true and correct, on this 4th day of Aug, 2004.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

MELISSA D. HALL
MY COMMISSION # DD 193124
EXPIRES: March 12, 2007
Bonded Thru Notary Public Underwriters

_____
Carlos Deglace
Reg.No.04228-017/C-A
FCI, Marianna
P.O. Box 7007
Marianna, FL 32447

STATE OF FLORIDA   )
                   )
JACKSON COUNTY     )
                   )

### AFFIDAVIT OF CARLOS DEGLACE

I, Carlos Deglace declare that the following is true and correct:

1. Steven Francis Ming worked for DEA Special Agent Brian McLaurin (assigned to DEA Division in Panama City, FL) since his arrest in 1987. Ming's Agency Case No.GT-87-0038.

2. Mr. Ming has cooperated in at least five cases, United States v. Riley, Case No. 5:96-CR-26-LAC (N.D.Fla.1996); United States v. Fenelon, Case No. 5:96-CR-27-LAC (N.D.Fla.1996); United States v. Deglace, Case No. 5:98-CR-LAC (N.D.Fla.1998); United States v. Manning, Case No. 5:99-CR-LAC (N.D.Fla.1999); and United States v. Smith, Case No. 00-CR-21-Mickle (N.D.Fla. 2000).

WHEREFORE, I, Carlos Deglace swear under penalty of perjury that the above information is true and correct.

Date July 9, 2004.

                                    _____
                                    Carlos Deglace
                                    Reg.No.04228-017/C-A
                                    FCI, Marianna
                                    P.O. Box 7007
                                    Marianna, FL 32447

EXHIBIT A