

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642   Washington, D.C. 20530

AUG 0 4 2005

Mr. Carlos Deglace
Register No. 04228-017, Unit C-2
Federal Correctional Institution    Re:  Appeal No. 05-0192
Post Office Box 3000                     Request No. 04-1646-F
Forrest City, AR   72335                 RLH:KDC:JHA

Dear Mr. Deglace:

    You appealed from the action of the Drug Enforcement Administration on your request for access to records concerning Steven Francis Ming.

    After carefully considering your appeal, and as a result of discussions between the DEA and a member of my staff, the DEA conducted a search for records pertaining to Mr. Ming and located records responsive to your request. However, in the absence of Mr. Ming's consent, proof of his death, or an overriding public interest, the records you requested are protected from disclosure under the Freedom of Information Act pursuant to 5 U.S.C. § 552(b)(7)(C). This exemption concerns records or information compiled for law enforcement purposes, the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties. I have also determined that this information is not appropriate for discretionary release.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Richard L. Huff
Co-Director

