UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS DEGLACE,
    Plaintiff,

v.                                          Civil Action No. 05-2276(CKK)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S SUMMARY JUDGEMENT

COMES NOW, the Plaintiff, Carlos Deglace, pro se and respectfully moves this Honorable Court for an extension of time within which to file a reply to the Defendant's summary judgment. In support thereof, Plaintiff states the following:

1. Plaintiff's reply motion is currently due March 16, 2006.

2. On or about February 15, 2006, Plaintiff informed this Court of his prison transfer. The Court was notified of a change of address.

3. On February 28, 2006, Plaintiff arrived at the new address, FCI Coleman. Plaintiff has not received his property and is unable to prepare a reply motion.

4. Plaintiff is expected to receive his property within two weeks, no later than March 21, 2006. Plaintiff therefore requests for an extension time to file his reply motion, from March 16, 2006, to April 21, 2006, which is thirty (30) days from the day he should receive his property.

WHEREFORE, the Plaintiff requests that this Court grant his Motion for an Extension of Time.

Respectfully submitted,

Carlos Deglace, pro se
Reg.No. 04228-017/Unit B3
FCI, Coleman
P.O. Box 1031
Coleman, Fl 33521

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct and complete copy of the foregoing has been sent first class-mail on this 7 day of March, 2006, to: Peter D. Blumberg, Assistant United States Attorney, United States Attorney's Office, Civil Division, 555 4th Street, N.W., Washington, D.C. 20530.

Carlos Deglace

2