UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 05-2276 (CKK) ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S NOTICE OF SERVICE**

On March 7, 2006, plaintiff Carlos Delglace filed a Motion for Extension of Time within which to respond to defendant's Motion for Summary Judgment in this Freedom of Information Act case. Plaintiff, who is pro se and presently incarcerated, indicated in that Motion that he had been recently transferred from FCC Forrest City in Arkansas to FCI Coleman in Florida, and that his mail had not yet been forwarded to him.

Late last week, the service copy of defendant's Motion for Summary Judgment (which was mailed to the Arkansas facility) was returned as undeliverable. Defendant is, this day, re-serving the Motion for Summary Judgment to plaintiff at the FCI Coleman facility in Florida.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
RUDOLPH. C. CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

-1-

/s/
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: March 20, 2006

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that on this 20th day of March, 2006, I caused the attached Notice, with a copy of Defendant's Motion for Summary Judgment to be served on plaintiff, by first class United States mail:

Carlos Deglace
#04228-017/Unit B3
FCI Coleman
P.O. Box 1031
Coleman, FL 33521

              /s/
              PETER D. BLUMBERG
              Assistant United States Attorney