UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS DEGLACE,
    Plaintiff,

v.                                  Civil Action No.: 05-2276(CKK)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.
_____/

**MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSE TO DEFENDANT'S SUMMARY JUDGMENT**

    COMES NOW, the Plaintiff, Carlos Deglace, pro se and respectfully moves this Honorable Court for an extension of time within which to file his reply to Defendant's Summary Judgment. In support thereof, Deglace states the following:

    1. On March 7, 2006, Deglace initially filed a motion for extension of time (until April 21, 2006) to file his reply to Defendant's Summary Judgment. Deglace had just arrived at his new place of incarceration. The motion was made to extend the time until Deglace receive his property. Deglace received his property on or about March 10, 2006.

    2. On or about March 23, 2006, Deglace received a copy of the defendant's Summary Judgment Motion.

    3. On or about April 2, 2006, while at FCC Coleman, Deglace received this Court's Order to reply to Defendant's Summary Judgment by March 16, 2006. See Attached copy of envelope sent to FCC Forrest City. Originally, the Order was sent to Deglace's previous address (FCC Forrest City).

    4. Deglace is also currently involve in two other litigations, he is preparing a request for Certificate of Appealability, United states v. Deglace,

Case No. 5:06CV19/LAC/MD (N.D. Fla. 1998), and in the process of filing a Writ of Certiorari to U.S. Supreme Court from the Eleventh Circuit, Deglace v. United States, Appeal No. 05-13585 (11th Cir. 2005).

5. Therefore, in light of Deglace's case load, he request for an extension of time, starting from March 20, 2006 the date of Defendant's notice of service, sixty (60) days to file his reply, which falls on May 19, 2006.

WHEREFORE, Deglace prays that this Honorable Court grant his Motion for an Extension of Time.

Respectfully submitted,

Carlos Deglace, pro se
Reg.No. 04228-017/Unit B-3
FCC Coleman (low)
P.O. Box 1031
Coleman, Fl 33521

## CERTIFICATE OF SERVICE

I HEREBY CERITFY that a correct and complete copy of the foregoing has been sent first class-mail on this 5 day of April, 2006, to: Peter D. Blumberg, Assistant United States Attorney, United States Attorney's Office, Civil Division, 555 4th Street, N.W., 10th Floor, Washington, D.C. 20530.

Carlos Deglace



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

Carlos Alghise
No 04828-017
Forrest City Federal Correctional Center
Unit C-2 medium
P.O. Box 3000
Forrest City, AR 72336-3000