U. S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: SA Brian McLaurin<br>At: Panama City Res Ofc | ☐<br>☐<br>☐<br>☐ | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>March 27, 1998 | |

9. Other Officers: Capt. Jerry Metz, Inc. Faith Bell, Inv. Mike Branning, Bay County S.O.

10. Report Re:
Seizure of Exhibit 38

DETAILS:

1. Reference is made to DEA 6 dated 3/25/98 by SA McLaurin.

2. On 2/17/98, Inv. Faith Bell of the Bay County Sheriff's Office received an anonymous telephone call from, what sounded like, a black male, who stated that he wished to provide information regarding the investigation into the drug distribution activities of Jean ALEXANDRE. The anonymous black male stated that he could advise Inv. Bell where an additional quantity of crack cocaine was located if it would help the two females who had been arrested (Rochelle HOUSE and a juvenile). He also advised that the four individuals who were arrested in the vehicle with all of the cocaine had given false names. The anonymous black male asked Inv. Bell if he needed an attorney and Inv. Bell informed him that was his decision. The black male stated that he would call back on one hour.

3. Several hours later, Thomas Cassidy, a local attorney, contacted Inv. Bell. Cassidy stated that he was representing the individual who had contacted Inv. Bell earlier in the day about surrendering a quantity of crack cocaine. Inv. Bell put Cassidy in touch with her supervisor Capt Jerry Metz. Cassidy stated that he had been approached by a subject who wished to provide information about the location of approximately six ounces of crack cocaine which was related to the individuals arrested on 2/16/98. Cassidy said the individual told him (Cassidy) that he (the individual) was not involved with the subjects who had been arrested. However, the individual did wish to assist law enforcement and in return he expected law enforcement to assist the females who had been arrested. SA McLaurin then spoke with Cassidy and assured him that if his client was not involved with those persons who had been arrested on 2/16/98, his client would not be arrested and the females would receive assistance from law enforcement.

4. On 2/18/98, Capt. Metz was contacted by Tom Cassidy who stated that his client was Steve MING and that he (MING) wished to surrender six ounces of crack cocaine. Cassidy also advised that MING could be contacted via pager and was approximately three hours from Panama City, Florida. Later that day, Cassidy brought MING to the Bay County Sheriff's Office and contacted Capt. Metz, Inv. Bell, and Inv. Mike Branning. MING then surrendered a plastic bag containing six clear plastic bags (Exhibit N-87) containing crack cocaine (Exhibit 38) to Capt. Metz.

5. As MING was being advised of his constitutional rights by Capt. Metz, Cassidy interrupted and stated he wanted his client to be interviewed under the guidelines of a

| 11. Distribution:<br>Division<br>District   DIG/NKSI/SARI<br>Other | 12. Signature (Agent)<br>SA Brian McLaurin<br>14. Approved (Name and Title)<br>RAC David L. Cifuni | 13. Date<br>3/30/98<br>15. Date<br>3/30/98 |
|---|---|---|

DEA Form - 6
(Aug. 1994)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 5/80 may be used.

Exhibit 1