# United States District Court

NORTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA
V.

Carlos Degrace
AKA Jean M. Alexandre
815 S.W. 2nd Avenue
Hallendale, Florida

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 3:98m40/S4N

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 16, 1998__ in __Bay__ county, in the __Northern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

conspire, confer, confederate, agree, and have a tacit understanding with other persons to Possess Cocaine Base with the Intent to Distribute

in violation of Title __21__ United States Code, Section(s) __846__

I further state that I am a(n) __Special Agent w/DEA__ (Official Title) and that this complaint is based on the following facts:

See attachment A

FILED _____ (Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (initials) SMN

Exhibit 2

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

Brian E. McLaurin
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 20, 1998                                   at    Pensacola, Florida
Date                                                      City and State

Susan M. Novotny   U.S. Magistrate Judge
Name & Title of Judicial Officer                          Signature of Judicial Officer

Exhibit 2

A search of DeGlace/Alexandre revealed a socket. During a further search of the vehicle, a nut driver was found in the vehicle which fit the socket from DeGlace/Alexandre's pocket. Upon further inspection, it was noted that the bolts on the sedan's air conditioner blower motor were scratched. The blower motor cover was then removed using the nut driver and socket and approximately ten ounces of suspected crack cocaine was found.

A reliable confidential informant contacted Captain Jerry Metz of the Bay County Sheriff's Office and stated that DeGlace/Alexandre had provided a false name and that he was the head of a crack cocaine distribution organization operating in the Bay County, Florida area. The reliable confidential informant further advised that he had personal drug transactions with DeGlace/Alexandre in the recent past. The informant has provided truthful information which has led to the arrest and successful prosecution of at least two individuals for drug violations.

Therefore, your affiant has reason to believe and does believe that Carlos DeGlace aka Jean M. Alexandre has conspired to possess cocaine base with the intent to distribute, in

2

Exhibit 2

violation of Title 21, United States Code, Section 846, 841(a)(1).

The foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Brian E. McLaurin
Special Agent
Drug Enforcement Administration

Sworn to and subscribed before me this 20th day of February, 1998.

_____
United States Magistrate

Exhibit 2