UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No. 5:99cr4/LAC

PHYNERRIAN MANNING,

     Defendant.

---

VOLUME II

Transcript of Trial Proceedings held in the above-styled cause before the Honorable Lacey A. Collier, District Judge, on the 18th day of May, 1999, commencing at 8:33 a.m. at 30 West Government Street, Panama City, Florida.

DESIRAE S. JURA, RPR, CSR
Official Court Reporter
P. O. Box 1624
Pensacola, Florida 32597
(850) 432-7050

Exhibit 4

1  A   Yes, I did.
2  Q   And then you get out, and a few months later you're
3  back in on state charges. Correct?
4  A   Yes.
5  Q   And back in August of 1996, do you recall being
6  sentenced to 30 months?
7  A   Yes.
8  Q   And then, most recently, you were arrested May 13,
9  1998 on these federal charges. Correct?
10 A   Yes, ma'am.
11 Q   And you haven't been out since?
12 A   No, ma'am.
13 Q   And so you've spent a lot of time in custody since
14 1987?
15 A   Yes, ma'am.
16 Q   And you don't like it. Do you?
17 A   No, I don't.
18 Q   You want to go home?
19 A   Yes, I do.
20 Q   And you miss your family?
21 A   Yes, ma'am.
22 Q   Do you recall the first time you ever spoke with Agent
23 Brian McLaurin with the DEA?
24 A   Yes, I do.
25 Q   How long ago was that?

Exhibit 4

```
 1    A     1987.
 2    Q     1987?
 3    A     Um-hmm.
 4    Q     Did you try to talk to him and cooperate with him back
 5    then?
 6    A     No, I didn't.
 7    Q     But you've known him since 1987?
 8    A     Yes, I have.
 9    Q     And you've worked with him before?
10    A     Yes, I have.
11    Q     And he would have been one of the persons behind your
12    getting a sentence reduction in the past.  Correct?
13    A     He would have been.
14    Q     He would have been one of the persons suggesting that
15    you deserved a break in the past on your sentences.
16    Correct?
17    A     Yes.
18    Q     Because you talked to him?
19    A     I'm not sure I really understand.
20    Q     You've talked to Brian McLaurin in the past about
21    other people dealing drugs.  Correct?
22    A     Yes, I have.
23    Q     And he made your cooperation known to the appropriate
24    people.  Correct?
25    A     Yes, ma'am.
```

Exhibit 4

```
 1            MS. TIMOTHY:  No, sir.
 2            MS. BUTLER:  No, sir.
 3            THE COURT:  If not, then we'll be in recess
 4   hopefully sometime around 8:30.  Tomorrow if you would keep
 5   me advised.  Like I said, I don't mind holding off a few
 6   minutes, but let Judge Bodiford know of our situation.
 7            (WHEREUPON, the proceedings were recessed at
 8   5:38 p.m. this date.)
 9                         --oOo--
10
11
12            I certify that the foregoing is a correct
13            transcript from the record of proceedings
14            held in the above-entitled matter.
15
16   _____        9/3/99
     Official Court Reporter          Date
17
```

Exhibit 4

## INDEX OF WITNESSES  R3

**FOR THE GOVERNMENT**

RICHARD ALLEN BAGWELL

    Direct Examination by Ms. Butler . . . . . . . . . 13
    Continued Direct Examination by Ms. Butler . . . . 40
    Cross-Examination by Ms. Timothy . . . . . . . . . 60
    Cross-Examination by Mr. Seliger . . . . . . . . . 72
    Redirect Examination by Ms. Buler . . . . . . . . 85

SOLOMON FISHER

    Direct Examination by Ms. Butler . . . . . . . . . 87
    Cross-Examination by Ms. Timothy . . . . . . . . . 111
    Cross-Examination by Mr. Seliger . . . . . . . . . 121

ROBERT EDWARD DUNCAN

    Direct Examination by Ms. Butler . . . . . . . . . 131
    Cross-Examination by Ms. Timothy . . . . . . . . . 137
    Cross-Examination by Mr. Seliger . . . . . . . . . 138

DALE O. SMITH

    Direct Examination by Ms. Butler . . . . . . . . . 139
    Cross-Examination by Mr. Seliger . . . . . . . . . 142

FAITH BELL

    Direct Examination by Ms. Butler . . . . . . . . . 147
    Cross-Examination by Ms. Timothy . . . . . . . . . 152
    Cross-Examination by Mr. Seliger . . . . . . . . . 157
    Redirect Examination by Ms. Buler . . . . . . . . 158

GARY LEWIS ALEXANDER

    Direct Examination by Ms. Butler . . . . . . . . . 160
    Cross-Examination by Ms. Timothy . . . . . . . . . 171
    Cross-Examination by Mr. Seliger . . . . . . . . . 175

Exhibit 4

218

<u>INDEX OF WITNESSES - CONTINUED</u>

FOR THE GOVERNMENT:

STEVEN FRANCIS MING

    Direct Examination by Ms. Butler . . . . . . . . 178
    Cross-Examination by Ms. Timothy . . . . . . . . 189
    Cross-Examination by Mr. Seliger . . . . . . . . 203
    Redirect Examination by Ms. Buler . . . . . . . . 207

Exhibit 4