```
FINGERPRINT CLASS
 06 08 09 05 13
 05 04 01 17 03

 ALIAS NAMES
 MING,STEVEN
 MING,STEVEN FRANCES                    MING,STEVIE

 SCARS-MARKS-
 TATTOOS         SOCIAL SECURITY
 SC R WRS        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
 SC CHEST
```

IDENTIFICATION DATA UPDATED 1998/06/19
THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 FLORIDA        - STATE ID/FL02487527
 FBI            - FBI/522718HA6

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE TRANSACTION.

END

-- END --
FC.DLE/02487527.PUR/C.ATN/BECKY


0043 0119 0925
FCIC REPLY              PERSON RESPONSE
ATN/BECKY

FC.DLE/02487527.PUR/C.ATN/BECKY

        SID NUMBER:  2487527   PURPOSE CODE:C         PAGE:  1

        BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
        A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

                   -    FLORIDA    CRIMINAL    HISTORY    -

NAME                        STATE ID NO.    FBI NO.       DATE REQUESTED
MING, STEVEN FRANCIS         FL-02487527    522718HA6      01/19/1999

SEX  RACE  BIRTH DATE   HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
 M    B    12/27/1968   5'11''   230    BRO   BRO      FL               887637
FINGERPRINT CLASS   SOCIAL SECURITY NO.   MISCELLANEOUS NO.        SCR/MRK/TAT
--CONTINUED--0044 0119 0925
FCIC REPLY              PERSON RESPONSE
ATN/BECKY

        SID NUMBER:  2487527   PURPOSE CODE:C         PAGE:  2
 06 08 09 05 13
 05 04 01 17 03                                                 SC R WRIST
--CONTINUED--0045 0119 0925
FCIC REPLY              PERSON RESPONSE
ATN/BECKY

        SID NUMBER:  2487527   PURPOSE CODE:C         PAGE:  3
IN AFIS - 2

Exhibit 5

```
ATN/BECKY
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-522718HA6.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

                   - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

  NAME                              FBI NO.
  MING,STEVEN FRANCIS               522718HA6        DATE REQUESTED
                                                     1999/01/19

  SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
  M     B      1968/12/27   600      200      BRO    BLK    FLORIDA

  FINGERPRINT CLASS
  06 08 09 05 13
  05 04 01 17 03


  1-ARRESTED OR RECEIVED 1987/09/02
     AGENCY-DEA PANAMA CITY (FLDEA0600)
        AGENCY CASE-6T-87-0038
        CHARGE 1-POSS OF COCAINE BASE W THE INTENT TO DISTRIBUT

     COURT-
        1987/12/17 DISPOSITION-CONVICTED-

-- CONTINUED --
0076 0119 0930
NCIC REPLY


        CHARGE-POSS OF COCAINE BASE W THE INTENT TO DISTRIBUT
        SENTENCE- 84M CONFINEMENT


  2-ARRESTED OR RECEIVED 1987/12/30
     AGENCY-FEDERAL PRISON CAMP EGLIN AFB (FL046017C)
        AGENCY CASE-01718-017   NAME USED-MING,STEVEN
        CHARGE 1-PWID COCAINE

     COURT-
                  DISPOSITION-
        CHARGE-PWID COCAINE
        SENTENCE- 6Y CONFINEMENT


     SUPERVISION OR CUSTODY-
        AGENCY-US PROBATION TALLAHASSEE (FL037017G)
           AGENCY CASE-
           1991/11/14 STATUS-MANDATORY RELEASE

  3-ARRESTED OR RECEIVED 1992/10/30
     AGENCY-USM TALLAHASSEE (FLUSM0500)

        CHARGE 1-PAROLE VIOL

  4-ARRESTED OR RECEIVED 1993/03/12
     AGENCY-FEDERAL CORR INST TALLAHASSEE (FL037017C)
        AGENCY CASE-01718017   NAME USED-MING,STEVEN
        CHARGE 1-PV
```

Exhibit 5A

```
                CHARGE 002-RESIST OFFICER-
                             WO VIOL
                         STATUTE/ORDINANCE
    JUDICIAL-                                              LEVEL-MISDEMEANOR
       AGENCY-14TH CIRCUIT COURT - PANAMA CITY
         CHARGE 001 -COURT SEQ                                  (FL003015J)
             SUPPLEMENTAL ARREST DATA-                  COURT NO.-9200253CFA
                 STATUS-
       PROSC DATA-                                      LEVEL-FELONY   ,3RD DEG
                            HALLUCINOGEN-DISTRIB-
                     POSSESSION OF CONTROLLED SUBSTANCE
               STATUTE/ORDINANCE-FL893-13 (1   ) LEVEL-FELONY   ,3RD DEG
               STATUTE DESCRIPTN-CONTROLLED SUBSTANCE POSSESS SELL ETC
   --CONTINUED--0050 0119 0925
   FCIC REPLY                PERSON RESPONSE
   ATN/BECKY


              SID   NUMBER:   2487527    PURPOSE CODE:C          PAGE:    8

                      DISP DATE-03/31/1992                 DISP-N/A
           COURT DATA-HALLUCINOGEN-DISTRIB-
                       POSSESSION OF CONTROLLED SUBSTANCE
                 STATUTE/ORDINANCE-FL893-13 (1   ) LEVEL-FELONY   ,3RD DEG
                 STATUTE DESCRIPTN-CONTROLLED SUBSTANCE POSSESS SELL ETC
                 DISP DATE-07/27/1992                DISP-ADJ WITHHELD
                 COUNSEL-PUBLIC       TRIAL-NONE      PLEA-NOLO CONTENDRE
                 SENT DATE-07/27/1992
                 PROBATION-     18M
           CRT PROVISIONS-ABIDE BY COURT RESTRICTIONS
                          ATTEND DWI SCHOOL
            SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
   --CONTINUED--0051 0119 0925
   FCIC REPLY                PERSON RESPONSE
   ATN/BECKY


              SID   NUMBER:   2487527    PURPOSE CODE:C          PAGE:    9


       AGENCY-S.A.O.-14TH JUDICIAL CIRCUIT
         CHARGE 002 -COURT SEQ                                  (FL003015A)
             SUPPLEMENTAL ARREST DATA-                  COURT NO.-9200253CFA
                 STATUS-
       PROSC DATA-SAME AS ABOVE                     LEVEL-MISDEMEANOR,1ST DEG
                 DISP DATE-07/30/1992
                 COUNSEL-PUBLIC       TRIAL-NONE     DISP-DROPPED/ABANDONED
            SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE   PLEA-

   ------------------------------------------------------------------------
   ARREST-   4   06/13/1992   OBTS NO.-0004976178
   --CONTINUED--0052 0119 0925
   FCIC REPLY                PERSON RESPONSE
   ATN/BECKY


              SID   NUMBER:   2487527    PURPOSE CODE:C          PAGE:    10

       ARREST AGENCY-BAY COUNTY SHERIFF'S OFFICE
          AGENCY CASE-63721                                     (FL0030000)
                                                        OFFENSE DATE-
         CHARGE 001-EVIDENCE-DESTROYING-
                          TAMPER W
         CHARGE 002-RESIST OFFICER-
                          WO VIOL
                     STATUTE/ORDINANCE
    JUDICIAL-                                              LEVEL-MISDEMEANOR
```

Exhibit 5B

```
      STATUS-                                    LEVEL-FELONY         ,3RD DEG
--CONTINUED--0053 0119 0925
  FCIC REPLY                PERSON RESPONSE
  ATN/BECKY

          SID  NUMBER:  2487527     PURPOSE CODE:C           PAGE:  11

      PROSC DATA-SAME AS ABOVE
              DISP DATE-07/30/1992                DISP-DROPPED/ABANDONED
              COUNSEL-PUBLIC      TRIAL-NONE      PLEA-
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

    CHARGE 002 -COURT SEQ                          COURT NO.-9201274CFA
      SUPPLEMENTAL ARREST DATA-
              STATUS-                              LEVEL-MISDEMEANOR,1ST DEG
      PROSC DATA-SAME AS ABOVE
              DISP DATE-07/30/1992                DISP-DROPPED/ABANDONED
              COUNSEL-PUBLIC      TRIAL-NONE      PLEA-
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
--CONTINUED--0054 0119 0925
  FCIC REPLY                PERSON RESPONSE
  ATN/BECKY

          SID  NUMBER:  2487527     PURPOSE CODE:C           PAGE:  12


------------------------------------------------------------------------
- ARREST-  5   08/07/1992   OBTS NO.-0004969024
    ARREST AGENCY-PANAMA CITY POLICE DEPARTMENT                (FL0030100)
      AGENCY CASE-23354                          OFFENSE DATE-
      CHARGE 001-COCAINE-SELL-
              STATUTE/ORDINANCE                    LEVEL-FELONY
    JUDICIAL-
      AGENCY-14TH CIRCUIT COURT - PANAMA CITY                  (FL003015J)
      CHARGE 001 -COURT SEQ                      COURT NO.-9201679CFA
        SUPPLEMENTAL ARREST DATA-
              STATUS-                              LEVEL-FELONY         ,3RD DEG
--CONTINUED--0055 0119 0925
  FCIC REPLY                PERSON RESPONSE
  ATN/BECKY

          SID  NUMBER:  2487527     PURPOSE CODE:C           PAGE:  13

      PROSC DATA-SAME AS ABOVE
              DISP DATE-08/31/1992                DISP-N/A
        COURT DATA-SAME        ,COCAINE-SELL-
                                SELL OF A CONTR SUBST
              STATUTE/ORDINANCE-FL893-13           LEVEL-FELONY         ,3RD DEG
              STATUTE DESCRIPTN-DANGEROUS DRUG VIOLATION
              DISP DATE-09/09/1992                DISP-GUILTY/CONVICTED
              COUNSEL-PUBLIC      TRIAL-NONE      PLEA-NOLO CONTENDRE
              SENT DATE-08/21/1996
              CONFINEMENT-            - 2Y 6M    ,PRISON
              SUSPENDED SENT- 5Y                  CREDITED TIME-      2960
        SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
--CONTINUED--0056 0119 0925
  FCIC REPLY                PERSON RESPONSE
  ATN/BECKY

          SID  NUMBER:  2487527     PURPOSE CODE:C           PAGE:  14

------------------------------------------------------------------------
  ARREST-   6    02/23/1994      OBTS NO.
```

Exhibit 5C