IN THE CIRCUIT COURT, FOURTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR BAY COUNTY

| | |
|---|---|
| STATE OF FLORIDA, | INFORMATION CHARGING: |
| Plaintiff, | COUNT I: POSSESSION OF COCAINE WITH INTENT TO SELL OR DELIVER 2F |
| vs. | COUNT II: BATTERY ON LAW ENFORCEMENT OFFICER 3F |
| | COUNT III: RESISTING OFFICER WITHOUT VIOLENCE 1M |
| STEVEN FRANCIS MING B/M; 12-27-68; 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 | FLORIDA STATUTE: 893.13, 784.07, 843.02 |
| Defendant. | CASE NO. 94-331H, 94-333H |

Joe F. Grammer, III, Assistant State Attorney for the Fourteenth Judicial Circuit of the State of Florida, duly appointed and designated to sign Informations on behalf of Jim Appleman, State Attorney, prosecuting in the name of and by the authority of the State of Florida, in the County of Bay, under oath, informs the Court that

COUNT I

STEVEN FRANCIS MING, on or about the 23rd day of February, 1994, in the County and State aforesaid, did unlawfully and knowingly be in actual or constructive possession of a controlled substance, to-wit: cocaine, in the form of crack, with intent to sell or deliver, in violation of Section 893.13, Florida Statutes.

COUNT II

STEVEN FRANCIS MING, on or about the 23rd day of February, 1994, in the County and State aforesaid, did then and there knowingly and unlawfully commit a battery upon a law enforcement officer, to-wit: Richard Carleton, Panama City Police Department, by actually and intentionally touching or striking the said officer without the consent of the said officer or by intentionally causing bodily harm to the said officer while the officer was engaged in the lawful performance of his duties, to-wit: attempting to investigate a citizen complaint, in violation of Section 784.07, Florida Statutes.

COUNT III

STEVEN FRANCIS MING, on or about the 23rd day of February, 1994, in the County and State aforesaid, did knowingly and willfully obstruct or oppose Richard Carleton and/or

POSTED PKN

Exhibit 6

Robertson, Panama City Police Department, in the execution of a legal duty, to-wit: attempting to investigate a citizen complaint, but without offering or doing violence to the person of the said Richard Carleton and/or Alan Robertson, in violation of Section 843.02, Florida Statutes.

    Joe F. Grammer, III, Assistant State Attorney for the Fourteenth Judicial Circuit of Florida, under oath, states that the allegations set forth in this INFORMATION are based on facts that have been sworn to as true, under oath, by material witness(es), and which, if true, would constitute the offense(s) therein charged, and that this INFORMATION is filed in good faith.

Sworn to and subscribed before me this 18th day of April, 1994, and who is personally known to me.

_____
NOTARY PUBLIC - STATE OF FLORIDA

TELISA A. DAVIS
MY COMMISSION # CC 208195 EXPIRES
July 10, 1996
BONDED THRU TROY FAIN INSURANCE, INC.

Joe F. Grammer, III
Assistant State Attorney
P. O. Box 1040
Panama City, FL 32402
(904) 872-4473
Florida Bar No. 345911

Exhibit 6