IN THE CIRCUIT COURT, FOURTEENTH
JUDICIAL CIRCUIT, IN AND FOR
BAY COUNTY, FLORIDA


STATE OF FLORIDA,

        Plaintiff,

vs.                    CASE NO.: 94-0331

STEVEN FRANCIS MING,

        Defendant.

_____/


## SENTENCING PROCEEDINGS

      Whereupon, the following proceedings came on
to be heard before the Honorable Clinton Foster, Circuit
Court Judge, on the 21st day of September, 1994.


APPEARANCES:

      Barbara Finch, Assistant State Attorney,
P. O. Box 1040, Panama City, Florida, 32402; appeared
on behalf of the State of Florida.

      Georgette Beller, Attorney at Law,
P. O. Box 430, Panama City, Florida, 32402; appeared
on behalf of the Defendant.


REPORTED BY:
SHERRI R. LESSIG
JUDICIAL COURT REPORTER

**ORIGINAL**

Exhibit 7

1  September 21, 1994

2                    PROCEEDINGS

3        MRS. BELLER:  He's being sentenced on both the

4  violation of probation, 92-1679 and also 94-331.

5        MISS FINCH:  I think the clerk's file did not

6  reflect he entered a plea previously on the violation

7  of probation in 92-1679.  We had gotten a notification

8  from them that it was not on there so at this time I

9  think you need to make that announcement he's pleading.

10       MRS. BELLER:  I thought we added it.

11       MISS FINCH:  Did you go back afterwards because we

12  sent a letter.

13       MRS. BELLER:  Yeah.

14       THE CLERK:  They did add it --

15       MRS. BELLER:  This was a plea agreement for a

16  departure suspended sentence for one year community

17  control, four years probation.

18       MISS FINCH:  I prepared a stipulation for

19  departure sentence and it's my understanding that the

20  agreement was on the violation of probation he would be

21  sentenced to four and a half years DOC suspended upon

22  completion of the year community control and three and

23  a half years probation; that on the battery on law

24  enforcement officer in 94-331, receive 15 years

25  suspended upon the completion of the one year community

3

Exhibit 7

1    control and four years probation; battery on law

2    enforcement officer, five years DOC suspended for the

3    same sentence of one and four; and the resisting

4    without violence, a one year suspended upon the

5    completion of one year community control.  Adjudged

6    guilty of all offenses and again any of the additional

7    things that the Court routinely imposed.

8         THE COURT:  Mr. Ming, let me make sure you

9    understand what you are doing.  If you violate your

10   community control, or your probation, you are looking

11   at 15 years Florida Department of Corrections.  Now do

12   you understand that?

13        THE DEFENDANT:  Yes.

14        THE COURT:  Is this something you have done freely

15   and voluntarily?

16        THE DEFENDANT:  Yes, sir.

17        THE COURT:  Okay.  Has the agreement been signed?

18        MISS FINCH:  No, sir, it has not.

19        THE COURT:  Okay.  Then in 92-1679, the Court

20   determines you have violated your probation.  You're

21   adjudged guilty and the Court is agreeing and you

22   agreed upon a departure sentence of four and a half

23   years Florida Department of Corrections suspended upon

24   the terms and conditions herein after being pronounced.

25   In Count I of 94-331, possession with intent to

Exhibit 7

1    distribute, having entered a plea of no contest, you're

2    adjudicated guilty, sentenced to 15 years Florida

3    Department of Corrections, suspended as a departure

4    sentence on the conditions to be stated later.  In

5    Count III you are -- on Count II, adjudicated and

6    sentenced to five years Florida Department of

7    Corrections suspended for the conditions to be lated

8    announced.  Count four -- no, in Count III, sentenced

9    to resisting arrest without violence.  You are

10   sentenced to one year Florida Department of Corrections

11   to be suspended upon the conditions herein after

12   announced.  Adjudicated on each one of them.  Your

13   suspended sentences are conditioned upon you serving

14   one year community control followed by four years of

15   probation, statutory fee, and costs in each case of

16   $261, except for the misdemeanor case in which it will

17   be $134.  In Count I there is a fee of $100 imposed

18   pursuant to Chapter 893 Florida Statutes, driver's

19   license revoked for a period of two years, submit to

20   drug, alcohol evaluation, treatment, and counseling

21   together with urinalysis at your expense.  Stay away

22   from areas known to be high-drug areas defined from

23   Ninth Court and Cove Boulevard, including a one block

24   area in all dirctions and including both sides of the

25   perimeter streets, the Massalina Memorial Homes

Exhibit 7

1   Project, as bordered by Palo Alto Avenue, 15th Street,

2   Mercedes Avenue and 14th Street, Foxwood Housing

3   Project with borders defined as within 50 feet of the

4   outside boundry of the Foxwood Housing Project, the

5   Panama Villa Apartments, and/or Panama Garden

6   Apartments, as bordered by 17th Street, Friendship

7   Avenue, 18th Street, and Flowers Avenue, including both

8   sides of perimeter streets.  You will stay away from

9   the Safari, Midnight Lounge, Little Savoy, Alvin's 007

10  including the premises and parking lot areas.

11       Pay a fine in the amount of $1,000 in Count I,

12  plus a $50 surcharge and pay $300 assessed for the

13  services of the Public Defender in Count I.

14       This is a negotiated plea.  If the sentence

15  imposed is in accordance with the terms of the plea

16  agreement then right to appeal is waived.  Mrs. Beller,

17  any deviation?

18       MRS. BELLER:  So on the battery on law officer,

19  resisting officer without violence, possession with

20  intent to distribute, and the violation, there's a

21  total of 15 years DOC suspended?

22       THE COURT:  Right.

23       MRS. BELLER:  To run concurrent.

24       THE COURT:  Not total on each case, one is a

25  second-degree felony.

6


Exhibit 7

## CERTIFICATE OF COURT REPORTER

STATE OF FLORIDA   )

COUNTY OF BAY       )


 I, SHERRI R. LESSIG, Judicial Court Reporter at Panama City, Florida, do hereby certify as follows:

 THAT I correctly reported in shorthand the foregoing proceedings at the time and place stated in the caption hereof;

 THAT I later reduced my machine shorthand notes to typewriting, and that the foregoing pages numbered 3 through 8, both inclusive, contain a full, true and correct transcript of the proceedings taken on said occasion;

 THAT I am neither of kin nor of counsel to any parties involved in this matter nor in any manner interested in the result thereof;

 THIS 16th day of July, 2003.


SHERRI R. LESSIG, RPR
JUDICIAL COURT REPORTER
BAY COUNTY COURTHOUSE
300 E. 4th Street
Panama City, Fl  32401

Exhibit 7