# PROBABLE CAUSE AFFIDAVIT / ARREST / NOTICE TO APPEAR

**ADMINISTRATIVE**

- OBTS Number: (blank)
- Agency CRI Number: FLO 030100
- Agency Name: PANAMA CITY P.D.
- Charge Type (Check as many as apply): ☒ 1. Felony
- Co-Defendant: N/A
- Agency Report Number: 72 17 51 9 6
- ☒ 5. Request for Capias
- Location of Arrest: (blank)
- Location of Offense: 1101 Hamilton Ave.
- Date of Arrest: (blank)
- Time of Arrest: (blank)
- Number Cleared Case(s): (1)
- Weapon Seized/Type: ☒ 1. Yes — Knife
- Domestic Violence: ☒ 2. No
- Arresting Officer & I.D.#: Pate 64

**DEFENDANT**

- Name (Last, First, Middle): Ming, Steven Francis
- Race: B  Sex: M
- Date of Birth: 12/27/68
- Height: 5-11
- Weight: 190
- Eye Color: Bro
- Hair Color: Blk
- Complexion: med
- Build: med
- Local Address: 3127 W 20th ct, P.C., Fl
- Social Security Number: 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
- Citizenship: US

**CHARGE**

- Charge Description: Possession of Cocaine
- Counts: 1
- Statute Violation Number: 893.113
- Activity: P
- Amount/Unit: 3 rocks
- ☒ PC

**PROBABLE CAUSE STATEMENT**

On the 21 day of March 1996 at 1047 P.M. Your affiant states that the above named defendant was knowingly and unlawfully found to be in possession of (3) rocks of "crack" cocaine which were located beside the driver seat of a vehicle which the defendant was driving. A field test was positive for the presence of cocaine. Therefore your affiant believes the above did violate FSS 893.13, in Panama City, Bay Co, Fl

POSTED

**ADMINISTRATIVE**

- Victim's Name: State of Florida
- Officer/Complainant's Signature: Christopher T Pate
- Name (Printed): Christopher T Pate
- ID No./Dist.: 64
- Sworn to and subscribed before me, the undersigned authority this 19 day of April 1996
- Name/Title of Person Authorized to Administer Oath: R E Thomas

Exhibit 8