1

```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF FLORIDA
                       PANAMA CITY DIVISION

UNITED STATES OF AMERICA  *
                          *       Docket No. 5:98cr15-LAC
     Plaintiff,           *
                          *
vs                        *       Panama City, Florida
                          *
STEVEN FRANCIS MING       *
                          *
     Defendant.           *
* * * * * * * * * * * *   *
                              *   *   *


               BEFORE THE HONORABLE LARRY BODIFORD
                    UNITED STATES MAGISTRATE

APPEARANCES:

For the Plaintiff:
                      United States Attorney's Office
                      Northern District of Florida
                      21 East Garden Street, Suite 300
                      Pensacola, Florida 32501-5603

For the Defendant:    Hon. Thomas Cassidy
```

Exhibit 10

1   here, you could be charged with a false statement in a
2   judicial proceeding?
3           MR. MING:  Yes, sir.
4           THE COURT:  As an additional charge beyond those
5   you're here on today?
6           MR. MING:  Yes, sir.
7           THE COURT:  Okay, when you get back to the
8   office, Mr. Cassidy will explain all about that to the
9   Federal Public Defender's Office and tell them the status
10  of it.
11          MR. CASSIDY:  Thank you, Judge.
12          THE COURT:  Now, the next thing I need to do is
13  go into the initial appearance.  As I mentioned in the
14  record, you're here with an attorney today.  My name is
15  Larry Bodiford, Mr. Ming, I'm the United States Magistrate
16  here in Panama City.  There has been an indictment returned
17  in your case that charges you in Count One of the
18  indictment with possession with the intent to distribute
19  cocaine base contrary to Title 21 of the United States
20  Code, Section 821 A and B1C.  That's known as a Class C
21  felony.  If convicted of the charge, you could be sentenced
22  to prison up to 20 years, a million dollar fine and
23  mandatory three years supervised release and a hundred
24  dollar special monetary assessment.  Count Two charges you
25  with a Class B felony, possession with the intent to

Exhibit 10

1   distribute cocaine base contrary to Title 21 US Code,
2   Section 821 A and B1B. If convicted of that offense, the
3   minimum mandatory sentence is five years up to twenty years
4   in prison, a two million dollar fine, mandatory four years
5   supervised release and a special monetary assessment of one
6   hundred dollars. Any prior drug convictions could be used
7   to enhance the stated penalties. I'm not telling you they
8   are or will be, it's just they could be, and so I don't
9   have any control over that.
10           MR. MING: Yes, sir.
11           THE COURT: You are not required to make any kind
12  of statement. You have the right to talk with an attorney
13  before making any statement, and any statement that you
14  might make could be used against you.
15           As I mentioned a moment ago, you have a right to
16  hire your own attorney, but if you cannot afford one, then
17  the Court will appoint one for you. Based upon your
18  affidavit and your answers a moment ago that they were
19  correct answers, I will appoint the Public Defender's
20  Office to represent you following today's proceedings.
21           As I understand, the Government is not moving for
22  pre trial detention and you can be released upon bond.
23           MR.    : That's correct, Your Honor.
24           THE COURT: And the electronic monitoring is
25  (inaudible), is that right? So let's just get on over, at

Exhibit 10

1  this time, to the conditions of bond, and then I'll ask him
2  how he pleads and put it on the trial calendar and we'll be
3  finished for the day.
4      Mr. Ming, the following conditions will be your
5  conditions of release, and you don't need to memorize them,
6  you'll get a copy.  But I do want you to ask me, or your
7  attorney to ask me, if you have any questions about what
8  I'm saying.
9      While released, you're not to commit any offense
10 that violates Federal, State or Local law.  You are to
11 immediately advise the Court, the Defense Attorney and U.S.
12 Attorney in writing of any change in your address and
13 telephone number.  You are required to appear at all
14 proceedings and to surrender to serve any sentence that may
15 be imposed that you are directed to appear.  You shall next
16 appear here in this Federal Building on June 22, 1998, at 9
17 o'clock a.m., that's the Jury selection time, Mr. Cassidy.
18      MR. CASSIDY:  Thank you, Judge.
19      THE COURT:  Mr. Ming, do you promise to appear at
20 all proceedings as required?
21      MR. MING:  Yes, sir.
22      THE COURT:  And to surrender to serve any
23 sentence that may be imposed?
24      MR. MING:  Yes, sir.
25      THE COURT:  Additionally, you are to execute an

Exhibit 10

15

```
1           THE COURT:  All bond conditions have to be met.
2           MR.      :  Okay.
3           THE COURT:  And one of those conditions is the
4  electronic monitoring.
5           MR.      :  I just wanted to make certain.
6           THE COURT:  He's not to be released until all the
7  conditions are met.  Anything else?
8           MR.      :  No, sir.
9                      NOTHING FURTHER
10
11
12
13  THIS TRANSCRIPT WAS PREPARED FROM AN AUDIO TAPE THAT WAS
    COPIED FROM THE ORIGINAL TAPE MADE DURING THIS HEARING ON
14  THE 13TH DAY OF MAY 1998 AND IS NOT CERTIFIED.
15  THIS TRANSCRIPT CONTAINS INAUDIBLES AND UNKNOWN SPEAKERS.
```

Exhibit 10