IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STATE OF FLORIDA    )
                    ) SS:
JACKSON COUNTY      )

### AFFIDAVIT OF ANTHONY RILEY

1. DEA Agent Brian McLaurin allowed and allows government witnesses to have favorable treatment by picking them up from the Bay County Jail, and taking them to his office for they can have sex with their female friends. Agent McLaurin also order them food from resturants, namely Thomas Lewis AKA "Tom-Cat", Steven Ming, Ronnell Mckinney, and Erric Washington. I have been told on serval occasions by all the above mentioned people about the many differant activities Agent McLaurin allows them to do.

2. DEA Agent McLaurin have taken myself, Anthony Riley, out to his office for serval "Special Visits" as well, and allowed me to visit my ex-wife and my child from her. I could have had sex with her while she was there because Agent Mclaurin give planty of time to do what ever we want to do, but my ex-wife is just not that type of person, regardless if it's alright with Agent McLaurin or not.

3. Some of the times when my ex-wife came to visit me at Agent McLaurin's office she will bring me food to eat, other times Agent McLaurin will buy food for us.

4. Each time Agent McLaurin take someone to a "Special Visit" it always be without any shackles. That's how free we be with Agent McLaurin.

5. Agent Mclaurin allows people to be on others paper work in order to testify against them rather they knows the person or not.

6. Thomas Lewis AKA "Tom-Cat" always boasted about not going to do all of his time because his brother Demello Bolware AKA "Mello" is working for Agent McLaurin on the streets, busting people in order to get his (Tom-Cat) sentence reduced, Agent McLaurin is also paying Mello monies too.

Exhibit 11

SUPPLEMENTAL RECORD 4

    7. Ronnell Mckenney told me that Agent McLaurin allowed him too have sex in his office serval times and his wife eventually got pregnant. Mr. Mckenney said that his wife had to tell the truth about this matter to an H.R.S. worker and the H.R.S. worker contacted someone in Washington D.C. inwhich an investigation was started an uncovered illegal paperwork from DEA McLaurins office and that Agent McLaurin has been in the District way too long.

    8. I, Anthony Riley has not been threaten in any kind of way: verblely, physically, nor mentally to make the above statements.

    I declare under penalty of perjury [28 U.s.c. §1746, 1001, and 1621], that the foregoing is true and correct.

    _____
    Anthony Riley

    The Inmate [Anthony Riley] has presented his identification Card and did take an Oath that this affidavit is true and correct on this 21 day of November, 2001.

_____
Notary Public
My Commission Expires

**STERLING DARNELL DAWSON**
Notary Public, State of Florida
My comm. expires July 25, 2003
Comm. No. CC857753

11/21/2001
Date

_____
Anthony Riley
21740-018

Exhibit 11