```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF FLORIDA
                    PANAMA CITY DIVISION


THE UNITED STATES OF AMERICA,      )
                                   )  Case No. 5:96cr18 27
           Plaintiff,              )
vs.                                )  Panama City, Florida
                                   )  July 19, 1999
RONALD FENELON,                    )  3:08 P.M.
                                   )
           Defendant               )
_____)
```

## TRANSCRIPT OF HEARING ON MOTION FOR NEW TRIAL
### BEFORE THE HONORABLE STEPHAN P. MICKLE
### UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:     P. MICHAEL PATTERSON
                        United States Attorney
                        By: EDWIN FRANK KNIGHT
                            Assistant U.S. Attorney
                        21 E. Garden St., Suite 400
                        Pensacola, Florida 32501-5603


For the Defendant:      RANDOLPH P. MURRELL
                        Federal Public Defender
                        BY: THOMAS F. KEITH
                            Assistant Federal Public Defender
                        41 N. Jefferson St.
                        Pensacola, Florida 32501


INTERPRETER:            JOEL LETANG


Reported by:            LISA GIROD JONES, RPR, RMR
                        Official U.S. Court Reporter
                        P. O. Box 10195
                        Tallahassee, Florida 32302
                        (850) 513-1145

Exhibit 12

1  the jail?

2  A.   He said that he got caught up in a situation with a

3  possession charge, that they came to his house, trailer,

4  something, but that he had caught a life sentence.

5  Q.   He told you he had already been sentenced to life?

6  A.   Yes, he had already been sentenced to a life sentence.

7  Q.   Did he tell you anything about whether he was cooperating

8  with the government?

9  A.   Yes, he did.  He said he was trying to get back the life

10  sentence any way he can.  So he was making statements against a

11  guy named Dexter, who they hadn't caughten yet, you know.  But

12  the ones about Dexter he said was true, true statements, you

13  know.  Then he said about a Jamaican dude or Haitian dude that

14  he didn't even know, but he was trying to get back some of that

15  time.  So he was going to do whatever he could to get back his

16  time.

17  Q.   Tell us everything you can remember about what he said

18  about this latter subject, that the Haitian knew or the

19  Jamaican knew.

20  A.   The guy that he was saying about, the Haitian and Jamaican

21  dude -- they called him Dred -- he was saying that Mr. Brian

22  McLauren showed him some pictures.  And he said he didn't even

23  know the guy, but he said, "Yeah, I know him."

24       He said Mr. Brian McLauren told him when you go into the

25  courtroom just point to him.  And he said one of his favorite

Exhibit 12

1  words, when they asked him, "Well, do you see him in the
2  courtroom now?" He say he pointed and said, "He's right
3  there." So me and some of the guys used to mess with him all
4  the time, say, "Where he at, Kirk?" You know, just gesturing
5  with him. He say, "He's right there." That was one of his
6  favorite saying. He said he didn't know the dude.
7  Q.   Was it your understanding that he had already testified
8  when he was talking to you, or was he going to testify?
9  A.   Yes. He had already testified. Yes, he had already
10 testified.
11 Q.   He was telling you about something that had happened?
12 A.   That already had done happened.
13 Q.   How long were you with Kirk Howard in this same cell area?
14 A.   Approximately 60 days.
15 Q.   And how many times, if you know, did he talk about the
16 situation where he testified against this fellow he didn't
17 know?
18 A.   He talked it a lot, because he was also trying to get time
19 off any way he can for other guys who came in. He was trying
20 to introduce them to this Mr. Brian McLauren, trying to get
21 them to talk to them for he could try to get his time cut also.
22 So we talked a lot about this Haitian dude, you know, just
23 dealing with that he didn't know him. He also was telling me
24 about Dexter, who he did know, that Brian McLauren really
25 wanted him.

Exhibit 12

1   A.   We was roommates.

2   Q.   Was he in the same area that Mr. Howard was housed?

3   A.   Yes, sir.

4   Q.   But you were roommates with Mr. Johnson, is that what

5   you're saying?

6   A.   Exactly.

7   Q.   Did there come a time when you heard Mr. Howard -- I mean

8   did he talk to you about his own situation?  Why was he there?

9   Did he tell you why he was there at the jail?

10  A.   Federal matters.

11  Q.   Federal matters?

12  A.   Yes, sir.

13  Q.   Did he tell you that he was serving a sentence?

14          MR. KNIGHT:  Your Honor, excuse me.  I just want to

15  interpose an objection to the continuing leading nature of the

16  questions.

17          THE COURT:  For purposes of this hearing, I'm going to

18  give counsel some leeway so we can go ahead on and get through

19  this matter and get to the essential testimony.

20  BY MR. KEITH:

21  Q.   Did there come a time, did you hear Mr. Howard ever talk

22  about having to testify against somebody?

23  A.   Several times.

24  Q.   What do you remember him saying about what he had to do

25  about testifying against somebody?

Exhibit 12

1  A.   The whole thing is about getting your time cut, testifying
2  to some guys you don't even know.  You get sentenced to 30
3  years or life in fed, you're liable to do anything.  It
4  hurts -- he said sometimes he have to testify against guys he
5  don't even know, and he had to sit there and look at this guy,
6  and it hurts sometimes, but his life is on the line.
7  Q.   That's what he's telling you, what Mr. Howard is telling
8  you?
9  A.   Exactly.
10 Q.   Did he get more specific about having to testify in a
11 certain case?
12 A.   At one time it was this guy, he was some kind of Jamaican
13 or Dred or something.  This guy here was I think -- he had got
14 in some trouble one time for writing prescriptions or
15 something.  I don't know.  He was saying he had to testify
16 against him, Akbar, whatever his name is.  I don't know his
17 name.
18 Q.   Did he say something about a Jamaican or Haitian that he
19 had to testify against?
20 A.   He also mentioned that too.
21 Q.   What did he say about his testimony against this
22 individual?
23 A.   He going to testify to get his time cut.  He don't even
24 know the guy, but he going to testify against him.
25 Q.   Did he say he didn't know the guy?

Exhibit 12

1  A.   Exactly.

2  Q.   And he was doing it to get his time cut?

3  A.   They talked about this just about every -- every other
4  day.

5  Q.   Did you at some point prepare or sign an affidavit about
6  what you knew about this matter?

7  A.   Yes, sir.

8  Q.   May I approach, Your Honor?

9         THE COURT:  Yes, sir.

10 BY MR. KEITH:

11 Q.   Showing you Exhibit E at the top of my motion.  Do you
12 recognize this affidavit?

13 A.   Yes, sir.

14 Q.   Is this your signature at the bottom of it?

15 A.   Exactly.

16 Q.   And is what was stated in that affidavit true?

17 A.   Yes, sir.

18 Q.   Did you write any letters for Mr. -- I mean, have you met
19 Mr. Fenelon?

20 A.   This is my first time ever seeing him, ever.

21 Q.   So you didn't -- he didn't ask you to do anything for him,
22 is that right?

23 A.   This is my first time ever seeing him.

24 Q.   And how did it come about you did this affidavit?  Just
25 generally tell the court, how did you -- how did you come about

Exhibit 12

1  A.   I don't know remember -- I know he wasn't -- he was either
2  Haitian or Jamaican.
3  Q.   What did Kirk Howard say?
4  A.   He said one or the other, and I don't quite remember which
5  one it was.  But he said one or the other.  I know that for a
6  fact.  It was one or the other.
7  Q.   One or the other?
8  A.   Yes, sir.
9  Q.   Prior to the time that you filed this affidavit, did you
10 speak with Mr. Johnson about what Kirk Howard said in the cell?
11 A.   This is first time I seen Mr. Johnson since I left the
12 county jail.
13 Q.   Well prior to the time you left the county jail, did you
14 get with Mr. Johnson and talk with him about the way that Kirk
15 Howard had described this person he was going to testify
16 against?
17 A.   No, sir.
18 Q.   You didn't?
19 A.   No, sir.
20 Q.   But you can't remember whether it was Jamaican or Haitian
21 that Mr. Howard was talking about?
22 A.   Exactly.
23 Q.   And you said Kirk Howard said several times that he had to
24 testify against guys that he never knew?
25 A.   He told me that's the way the fed operate.  That's all he

Exhibit 12

1  told me. I'm just sitting there listening. I don't have a
2  federal case. I don't have nothing federal going, but he was
3  telling me -- this is his exact words, he says, "There's only
4  two type of people in the fed, ones that tell and the ones that
5  wish they would have told, they help theirself. That's it."
6  Q.    But while you're there in the Bay County Jail for months
7  with Kirk Howard, he's announcing regularly that he's
8  testifying for the government?
9  A.    Exactly.
10 Q.    And he also told you that he was going to testify against
11 some doctor?
12 A.    Some guy --
13 Q.    Is that correct?
14 A.    Some guy writing prescriptions or something, some guy that
15 was on dope or something. I can't quite remember.
16 Q.    But you never heard anything else about that case?
17 A.    No, sir.
18 Q.    Sir, you didn't contact Brian McLauren yourself and ask if
19 you could testify in that case?
20 A.    When was this?
21 Q.    While you were in the jail?
22 A.    Well, Kirk was telling me to help myself.
23 Q.    Oh, okay, you did contact Agent McLauren?
24 A.    Exactly one time, because I knew something about that
25 case.

Exhibit 12

1  that he didn't have anything on me personally, so he wanted to
2  get information from him.
3  Q.    Okay.  And did Kirk Howard at that time tell you that he
4  would be testifying against you?
5  A.    No.  At that time he personally told me that he does not
6  know me.  So he wasn't going to say anything.
7  Q.    You indicated that at your trial both Kirk Howard and Tom
8  Lewis lied?
9  A.    Yes, especially those two.
10 Q.    And did Steven Ming also lie at trial?
11 A.    Well, yes, all three of them lied.  If you want to, I can
12 show you evidence of that in the paperwork that I have here.
13 Q.    Did you ever yourself talk to Tom Lewis?
14 A.    No, I have never spoken with this individual.  I don't
15 know him.
16 Q.    Do you remember who you were with at the time of your
17 arrest?
18 A.    Yes, I was with my ex-girlfriend at the time, Jeanie
19 Brown.
20 Q.    Jeanie?
21 A.    Jeanie.
22         MR. KNIGHT:  Thank you, nothing further.
23         THE COURT:  You can step down and return to counsel
24 table.
25         Anything further?

Exhibit 12

1  understand.

2         MR. KEITH:  That's all, Your Honor.

3         THE COURT:  I'm going to ask counsel to submit

4  their -- I know the motion was extensive and the response was

5  as well.  I want to give you an opportunity to submit any kind

6  of final or closing remark to the court in writing within

7  ten-days from today's hearing, and the case will be under

8  advisement until I've had an opportunity to review those

9  matters, as well as review the entire court file.

10        That will clear this hearing for today.  We're going to

11  take a five-minute recess and then resume.

12        (Proceedings concluded at 4:37 p.m.)

13                         **********

14        I certify that the foregoing is a correct transcript from

15  the record of proceedings in the above-entitled matter.

17  _____         _9/1/99_
18  LISA GIROD JONES, RPR, RMR              Date
    Official Court Reporter



Exhibit 12

```
 1                          INDEX
 2  WITNESSES FOR THE DEFENSE                              PAGE
 3  ROBERT CURTIS JOHNSON
         Direct Examination by Mr. Keith                    4
 4       Cross-Examination by Mr. Knight                   14
         Redirect Examination by Mr. Keith                 19
 5
    JOHNNY LEE MORRISON
 6       Direct Examination by Mr. Keith                   22
         Cross-Examination by Mr. Knight                   27
 7
    RONALD FENELON
 8       Direct Examination by Mr. Keith                   33
         Cross-Examination by Mr. Knight                   38
 9
10  WITNESSES FOR THE GOVERNMENT                           PAGE
11  KIRK HOWARD
         Direct Examination by Mr. Knight                  40
12       Cross-Examination by Mr. Keith                    44
         Redirect Examination by Mr. Knight                59
13
    BRIAN McLAUREN
14       Direct Examination by Mr. Knight                  61
         Cross-Examination by Mr. Keith                    62
15       Redirect Examination by Mr. Knight                67
16
17  WITNESSES FOR THE DEFENSE                              PAGE
18  JOYCE R. B. TAYLOR
         Direct Examination by Mr. Keith                   67
19
    CERTIFICATE OF REPORTER                                69
20
21
22
23
24
25
```

Exhibit 12