IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WITNESS: BRIAN McLAURIN

RE: CARLOS DEGLACE, ET AL

COPY

FEDERAL GRAND JURY PROCEEDINGS

APPEARANCES:

    BILL STAFFORD, Esquire

    and

    MICHELLE HELDMYER, Esquire
    Assistant U.S. Attorneys
    Northern District of Florida
    114 East Gregory Street
    Pensacola, FL 32501

    UNITED STATES DISTRICT COURT
    U.S. Courthouse
    100 North Palafox Street
    Pensacola, Florida 32501
    March 17, 1998

- - - - - - - - - - - - - - - - - - - - - - -

Reported By:
Marty Schipper, Court Reporter
P.O. Box 1209
Mossy Head, Florida 32434-1209
(904) 892-3674

Exhibit 13

```
 1    Whereupon...
 2                    BRIAN McLAURIN,
 3    was called as a witness and, having been first duly
 4    sworn, was examined and testified on his oath, as
 5    follows:
 6            THE FOREMAN:  Please state your name for the
 7    record and spell your last name.
 8            THE WITNESS:  Brian McLaurin;
 9    M-c-L-a-u-r-i-n.
10                    EXAMINATION
11    BY MR. STAFFORD:
12        Q.   Mr. McLaurin, how are you employed?
13        A.   I'm a special agent with the drug
14    Enforcement Administration stationed in Panama City,
15    Florida.
16        Q.   How long have you been with the Drug
17    Enforcement Administration?
18        A.   Thirteen years.
19        Q.   Did you become involved in an investigation
20    involving a person by the name of Carlos DeGlace and
21    others?
22        A.   Yes, I did.
23        Q.   Can you tell us how that investigation came
24    about?
25        A.   Yes.  On February the 16th of this year
```

Exhibit 13

1  in June of 1997 down in central Florida and
2  approximately two hundred and sixty grams of crack
3  cocaine was found up in the air conditioning system
4  along with approximately two ounces of powder
5  cocaine.
6    They were all arrested and put in Bay County
7  jail.
8    Q.  The proposed indictment in this case charges
9  a conspiracy from between November 1st, 1996 and
10 February 16th of 1998.  What evidence do we have of a
11 conspiracy to possess with intent to distribute crack
12 cocaine?
13   A.  Okay.  Two individuals had been arrested
14 back in the early part of 1997, one by the name of
15 Thomas Lewis and the other fellow's name is Eric
16 Washington.
17   They were both prosecuted in federal court,
18 pled guilty and have since been sentenced.  They
19 agreed to talk with law enforcement authorities and
20 both of them stated that they had been buying multi
21 quantities, multi ounce quantities of crack cocaine
22 from this Dan Simmons fellow.
23   They said that every time Simmons would show
24 up to deliver the crack cocaine, he always had this
25 fellow who said that he was from the Bahamas.  This

Exhibit 13

1   guy Kelsin Rolle is from the Bahamas and fits the
2   general description that Lewis and Washington gave.
3           Right now they are in federal prison so I
4   haven't been able to show them a lineup of Rolle, but
5   that's where the extent of the conspiracy comes from.
6       Q.  And with the -- how much cocaine or how much
7   crack cocaine was seized on February 16th?
8       A.  Okay. On February 16th, approximately two
9   ounces of powder and crack cocaine was seized.
10          The next day we got ten others out of the
11  air conditioner blower and then later on the 17th the
12  sheriff's office got another anonymous phone call from
13  a fellow who stated that he wished to help the police
14  out by bringing in another six ounces of crack
15  cocaine.
16          He wound up getting an attorney later on
17  that day, and this fellow, whose name is Steven Ming,
18  brought in six ounces of crack cocaine to the
19  sheriff's office with his attorney present.
20          In a very limited interview Ming stated that
21  DeGlace was the head of the organization which had
22  been pretty much arrested on the 16th and that they
23  were running large quantities of powder cocaine and
24  crack cocaine from Miami, Florida to Panama City,
25  Florida, where they would sell it to various people.

Exhibit 13

1   THE FOREMAN:  Please.  Thank you.

2   (Witness excused.)

3   - - - - - - - - -

4

5   CERTIFICATE

6   I hereby certify that the foregoing
represents a true and correct transcript of the
7   proceedings hereinabove-described.

8   DATED this 3rd day of April 1998.

9
    MARTHA L. SCHIPPER, Court Reporter and
10  Notary Public, State of Florida
    at Large.

Exhibit 13