**FDLE**
**Florida Department of Law Enforcement**

REQUEST FOR EXAMINATION OF PHYSICAL EVIDENCE

Is this a first submission?  YES ☐ NO ☒
If NO, Enter the FDLE Lab Case # __972000212__
SUBMITTING AGENCY, ADDRESS:

Drug Enforcement Administration
5323 W. Hwy. 98  Suite #215
Panama City, Fl.  32401

REPORT TO __S/A Brian E. McLaurin__
TELEPHONE __904-769-3407__
COUNTY OF OFFENSE __Bay__
OFFENSE __Felony Narcotics__
OFFENSE DATE __2/14/97__
AGENCY CASE # __GT-97-0006__

*FDLE Crime Laboratory Use Only*

PLEASE TYPE THIS FORM
Use the remaining space and additional sheets for (1) listing and describing items to be examined (2) analysis requested, and (3) summary of case.

FDLE
Submitted by: B. McLaurin
Received by: Thomas, H
ON: 02/20/97
AT: 15:56

Case # 000097200212
Submission # 003
Containers with submission 01

Subjects: Ln,Fn,Mi  1. Lewis, Thomas
2. Smith, King
3.
4.

---

On 2/14/97 members of the DEA Panama City, Fl. RO and the Bay County Sheriff's Office arrested Thomas Lewis and King Smith with several ounces of crack cocaine. As a result several search warrants were executed and the below items of evidence were seized. Please examine for any latent fingerprints of value and retain for comparison.

Exhibit N-12   Electronic scales
Exhibit N-19   Plastic bag
Exhibit N-20   Plastic bag
Exhibit N-21   Two bags of plastic bags, razor blades
Exhibit N-22   Plastic bag of baggies
Exhibit N-23   Loaded .45 magazine
Exhibit N-26   Plastic bag
Exhibit N-27   Plastic bag
Exhibit N-28   Plastic bag w/smaller plastic bags and razor blades
Exhibit N-35   Two 9mm magazines
Exhibit N-37   Two bowels, two spoons, screwdriver

SHARPS

*****PLEASE EXAMINE EXHIBIT N-37 FOR THE PRESENCE OF COCAINE BASE*****

Exhibit 14