# FDLE
**Florida Department of Law Enforcement**

## REQUEST FOR EXAMINATION OF PHYSICAL EVIDENCE

Is this a first submission? YES ☐ NO ☒
If NO, Enter the FDLE Lab Case # 97200212
SUBMITTING AGENCY, ADDRESS:

Drug Enforcement Administration
5323 West Highway 98  Suite# 215
Panama City, Florida  32401

REPORT TO: S/A Brian E. McLaurin
TELEPHONE: 904-769-3407
COUNTY OF OFFENSE: Bay
OFFENSE: Felony Narcotics
OFFENSE DATE: 5/2/97
AGENCY CASE #: GT-97-0006

**FDLE**
Submitted by: Mike Moon
Received by: Scott, L S
ON: 06/12/97
AT: 14:40

Case # 000097200212
Submission # 004
Containers with submission 02
US / DEA / Panama City
Agency Case # GT970006

Victims: Ln,Fn,Mi  1. USA
2.

Subjects: Ln,Fn,Mi  1. Jones, Eric
   Johnson, Calvin
2.
3. Dickens, Dexter
4.

On 5/2/97 a search warrant was executed and several subjects were found to be making crack cocaine. Four beakers were being used (Exhibit N-71a,b,c, & d) to cook the crack. Several cookies were wrapped in napkins (Exhibits N-72 & N-73). One bottle of white powder labeled comeback" (exhibit N-74) was also found. Please examine all exhibits for any latent fingerprints of value and retain for future comparison. Also, please examine the white powder contained in Exhibit N-74 for any controlled substances.

Exhibit 15

FDLE 50-001