

**Florida Department of Law Enforcement**

REQUEST FOR EXAMINATION OF PHYSICAL EVIDENCE

Is this a first submission?   YES ☐   NO ☒
If NO, Enter the FDLE Lab Case # 97-200212 (005)

SUBMITTING AGENCY, ADDRESS:
Phone (850) 769-3407
Report to: Brian McLaurin
5323 W. Hwy 98 Suite 215
Panama City, Fl. 32401

COUNTY OF OFFENSE: Bay
OFFENSE: Felony Narcotics
OFFENSE DATE: 12/28/96
AGENCY CASE #: GT 970006

**Florida Department of Law Enforcement**
Submitted By: Brian McLaurin
Received By: Scott, Lorri S
Received On: 02/19/1998 10:20
Case 000097200212
Submission 005
Containers with submission 01
US / DEA / Panama City
ORI FLDEA0600
Case GT970006
Received In Pensacola Crime Laboratory

*FDLE Crime Laboratory Use Only*

C T I D S F M P O B H CFR GSR

Victims: Ln,FN,Mi
1.
2.
3.

Subjects: Ln,FN,Mi
1. Lewis, Thomas
2. Simmons, Dan
3.
4.
5.

PLEASE TYPE THIS FORM
Use the remaining space and additional sheets for (1) listing and describing items to be examined (2) analysis requested, and (3) summary of case.

Containers received: 1 sbob (Lat)

Please examine this exhibit (16 plastic baggies) for any latent fingerprints of value & retain for future comparison.

Exhibit 16