# REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| (Check) | ☐ Purchase ☒ Seizure ☐ Free Sample<br>☐ Money Flashed ☐ Compliance Sample (Non-Criminal)<br>☐ Body Carry ☐ Other (Specify) _____ | 2a. FILE NO.<br>GI-97-0006 | 2b. PROGRAM CODE | 3. G-DEP ID |

| 4a. OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Panama City, Fl. | February 16, 1998 | |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL<br>☐ Case No. OR ☐ Seizure No.<br>No. _____ | 7. DATE PREPARED<br>February 28, 1998 | 8. GROUP NO. |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 37 | | Crack Cocaine | One PSKE containing four evidence bags w/suspected crack cocaine | | 380 GMS | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   ☐ NO (included above)   ☐ YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:
This exhibit was seized from a rental vehicle driven by Carlos Deglace on 2/17/98 by ▮▮▮▮▮▮ of the Bay County Sheriff's Office and turned over to ▮▮▮▮▮▮ submitted the exhibit to the DEA SSoutheast Lab in Miami, Fl. for drug and fingerprint analysis.

*****FINGERPRINT ANALYSIS REQUESTED*****

## LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| THREE | | |

22. SEAL   ☐ Broken   ☒ Unbroken

## LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

Exhibit 37 contains cocaine base and benzocaine.
Gross Wt: 379.3 g     Net Wt: 274.2 g

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 37 | 99283 | Cocaine Base | 42 | | | 115.2 g | 270.8 g |

DATE COMPLETED

LAB LOCATION: Miami, Florida

DEA Form - 7 (Sept. 1985)   Previous edition dated 4/90 may be used until stock is exhausted.   4 / Hqs. File (PINK)

Exhibit 17