TO:        BILL STAFFORD
           Assistant United States Attorney

FROM:      _____
           JUAN C. BRUNA   / DEA Forensic Chemist

APPROVED:  _____
           Thomas J. Janovsky / Laboratory Director

SUBJECT:   RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
           UNITED STATES v. DEXTER L DICKENS
           District court case number:
           Agency case number: GT-97-0006

DATE:      05/26/98

The following summary of testimony is provided as required by
the Federal Rules of Criminal Procedure 16(a)(1)(E):

1.  My name is JUAN C. BRUNA

2.  I am employed by the Department of Justice, Drug Enforcement
    Administration (DEA), in the capacity of a Forensic Chemist,
    and was so employed when I conducted the examinations and
    analyses described below. My qualifications to interpret the
    results described below, and to express an opinion as to the
    identity of the exhibit(s) described below, are based on my
    knowledge, skill, experience, training and education. My
    experience, education and training are described in detail
    in attachment A.

3.  The opinions described below are based on the following
    chemical, physical, and instrumental analyses, the results
    generated by those analyses, and my interpretation of those
    results.

4.  I examined and analyzed the substance(s) contained in the
    exhibit(s) which were submitted for analysis in the above
    referenced case.

Exhibit 18

Page 9        RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
              UNITED STATES v. DEXTER L DICKENS
              District court case number:
              Agency case number: GT-97-0006

In my opinion, the substance referred to herein as exhibit
number 34 (DEA Lab number 95444) has been identified as
follows:

a. Active drug ingredient: COCAINE HYDROCHLORIDE
b. Quantitative result...: 53%
c. Net Weight...........: 40.0g

The above opinion is based on the following physical, chemical,
and instrumental analyses:

   i. GAS CHROMATOGRAPHY / MASS SPECTROMETRY (GC/MS)
  ii. COLOR TESTS
 iii. INFRARED SPECTROSCOPY (IR)
  iv. GAS CHROMATOGRAPHY (GC)
   v.
  vi.
 vii.
viii.

---

In my opinion, the substance referred to herein as exhibit
number 36 (DEA Lab number 99282) has been identified as
follows:

a. Active drug ingredient: COCAINE (SALT FORM UNDETERMINED), BENZOCAINE
b. Quantitative result...: 22%
c. Net Weight...........: 57.8g                              #6

The above opinion is based on the following physical, chemical,
and instrumental analyses:

   i. COLOR TESTS
  ii. INFRARED SPECTROSCOPY
 iii. GAS CHROMATOGRAPH/MASS SPECTROMETER
  iv. GAS CHROMATOGRAPH
   v.
  vi.
 vii.
viii.

Exhibit 18

Page 10     RULE 16(a)(1)(E) SUMMARY OF TESTIMONY IN
            UNITED STATES v. DEXTER L DICKENS
            District court case number:
            Agency case number: GT-97-0006

In my opinion, the substance referred to herein as exhibit
number 37 (DEA Lab number 99283) has been identified as
follows:

a. Active drug ingredient: COCAINE BASE, BENZOCAINE   #13
b. Quantitative result....: 41%
c. Net Weight.............: 274.2g

The above opinion is based on the following physical, chemical,
and instrumental analyses:

    i.   COLOR TESTS
   ii.   INFRARED SPECTROSCOPY
  iii.   GAS CHROMATOGRAPH/MASS SPECTROMETER
   iv.   GAS CHROMATOGRAPH
    v.
   vi.
  vii.
 viii.

---

In my opinion, the substance referred to herein as exhibit
number 38 (DEA Lab number 99284) has been identified as
follows:

a. Active drug ingredient: COCAINE BASE, BENZOCAINE
b. Quantitative result....: 41%                         #14
c. Net Weight.............: 146.8g

The above opinion is based on the following physical, chemical,
and instrumental analyses:

    i.   COLOR TESTS
   ii.   INFRARED SPECTROSCOPY
  iii.   GAS CHROMATOGRAPH/MASS SPECTROMETER
   iv.   GAS CHROMATOGRAPH
    v.
   vi.
  vii.
 viii.

Exhibit 18