UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                           Case No. 5:99cr4/LAC

PHYNERRIAN MANNING

      Defendant.

---

VOLUME I

Transcript of Trial Proceedings

held in the above-styled cause before the Honorable Lacey A. Collier, District Judge, on the 17th day of May, 1999, commencing at 11:19 a.m. at 30 West Government Street, Panama City, Florida.

DESIRAE S. JURA, RPR, CSR
Official Court Reporter
P. O. Box 1624
Pensacola, Florida 32597
(850) 432-7050

Exhibit 19

1  A    Yes, ma'am.

2  Q    And you know that if you don't testify here today,
3  that's not going to happen. Right?

4  A    I'm not really sitting here waiting. I'm not -- I
5  hope to get it, but it doesn't even matter if I don't even
6  get it.

7  Q    It doesn't matter if you stay in and do the whole 95
8  months?

9  A    All I'm doing is telling the truth.

10 Q    It doesn't matter to you if you do the whole 95
11 months?

12 A    Yes, ma'am.

13 Q    Now, and if you were to sit here and tell this jury
14 that, "Now that I'm seeing these guys, I was mistaken, and
15 Ricardo Manning wasn't one of my customers," you wouldn't
16 really expect the government to go to bat on your behalf.
17 Would you?

18 A    Well, excuse me. They are my customers.

19 Q    Okay.

20 A    And that's why I'm here to tell the truth.

21 Q    So you know exactly who Spunk is and exactly who
22 Nary. Is that right?

23 A    Yes, ma'am.

24 Q    But you've never been shown any type of a lineup
25 before today's testimony. Have you?

Exhibit 19

1   A    Lineup, like body lineup?

2   Q    Like law enforcement officers coming up to you, Mr.
3 Riley, and saying "I'd like you to take a look at six
4 photographs, and tell me who is the person that you know of
5 to be Spunk."

6   A    Yeah, I saw a photograph before.

7   Q    Just a single photograph?

8   A    Um-hmm.

9   Q    I'm sorry?

10   A    Yes, ma'am.

11   Q    Answer yes or no just so the court reporter can take
12 down your answer.

13   A    Okay.

14   Q    So you're saying law enforcement showed you a single
15 photograph and said --

16   A    Yes, ma'am.

17   Q    So they didn't show you a spread of six photographs
18 and say, "Pick out which one he is." They just showed you
19 one photograph?

20   A    No, ma'am. They didn't put like six like you said. I
21 saw one, truthfully.

22   Q    One. Was that Spunk or was that Nary?

23   A    I saw one photograph of Spunk.

24   Q    Who? Who is over here?

25   A    That's Nary. That's Spunk. Let's see. Spunk and

Exhibit 19

1   Nary.

2   Q    Well, let's see, Mr. Riley.  Are you sure?

3   A    Spunk and Nary.  Can I have a minute to think, please?

4   Q    Sure.

5   A    That's Phynerrian.

6   Q    Okay.

7        MS. TIMOTHY:  I have nothing further.

8        THE WITNESS:  You just was going too fast.

9        MS. TIMOTHY:  I have nothing further, Your

10  Honor.

11       THE COURT:  Mr. Seliger?

12                    CROSS-EXAMINATION

13  BY MR. SELIGER:

14  Q    You're serving your time in a federal prison, Mr.

15  Riley.  Right?

16  A    Yes, sir.

17  Q    And you don't have a lawyer right now.  Do you?

18  A    Not right this minute, right now.

19  Q    Right?

20  A    No, sir.

21  Q    Okay.  So your dealings with the government are

22  between you and a law enforcement agent.  Right?

23  A    Yes, sir.

24  Q    They're not going through some lawyer.  It's just you

25  and the law enforcement people dealing.  Right?

Exhibit 19

202

1                              INDEX OF WITNESSES  R4

2

3    FOR THE GOVERNMENT:

4    RICHARD ALLEN BAGWELL - RECALLED

5          Direct Examination by Ms. Butler . . . . . . . . . 16
           Cross-Examination by Mr. Seliger . . . . . . . . . 25
6
     DONALD ROBERT WALKER
7
           Direct Examination by Ms. Butler . . . . . . . . . 28
8          Cross-Examination by Ms. Timothy . . . . . . . . . 35
           Cross-Examination by Mr. Seliger . . . . . . . . . 36
9
     PAUL NORKUS
10
           Direct Examination by Ms. Butler . . . . . . . . . 39
11         Cross-Examination by Ms. Timothy . . . . . . . . . 45
           Cross-Examination by Mr. Seliger . . . . . . . . . 47
12         Redirect Examination by Ms. Butler . . . . . . . . 50

13   ANTHONY PAUL RILEY

14         Direct Examination by Ms. Butler . . . . . . . . . 52
           Cross-Examination by Ms. Timothy . . . . . . . . . 60
15         Cross-Examination by Mr. Seliger . . . . . . . . . 67

16   BRIAN McLAURIN

17         Direct Examination by Ms. Butler . . . . . . . . . 71
           Cross-Examination by Ms. Timothy . . . . . . . . . 102
18         Cross-Examination by Mr. Seliger . . . . . . . . . 103

19   CHRISTOPHER PATE

20         Direct Examination by Ms. Butler . . . . . . . . . 110
           Cross-Examination by Mr. Seliger . . . . . . . . . 122
21         Redirect Examination by Ms. Butler . . . . . . . . 125

22   FRANK McKEITHEN

23         Direct Examination by Ms. Butler . . . . . . . . . 126
           Cross-Examination by Ms. Timothy . . . . . . . . . 130
24

25

Exhibit 19

|   |   |
|---|---|
| 1 | MS. TIMOTHY: No, sir. |
| 2 | MS. BUTLER: No, sir. |

THE COURT: If not, then we'll be in recess hopefully sometime around 8:30. Tomorrow if you would keep me advised. Like I said, I don't mind holding off a few minutes, but let Judge Bodiford know of our situation.

(WHEREUPON, the proceedings were recessed at 5:38 p.m. this date.)

--oOo--

I certify that the foregoing is a correct transcript from the record of proceedings held in the above-entitled matter.

_____    9/3/99
Official Court Reporter          Date

Exhibit 19