UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STATE OF FLORIDA    )
                    )
JACKSON COUNTY      )

## AFFIDAVIT OF RICHARD BOLDEN

I, Richard Bolden, first being duly sworn, do hereby depose and state as follows:

1. In the Spring of 1999, while visiting Ms. Rasheka Page who was the girlfriend of Mr. Thomas Lewis A-K-A Tom Cat. Ms. Page informed me that on numerous occasions DEA Agent Brain McLaurin would bring Mr. Lewis to spend time with her.

2. Mr. Lewis a federal prisoner at the time, was summon by the government to testify in the evidentiary hearing of Ronald Fenelon which was schedule for July 19, 1999.

3. On or about January 2001, I met Eric Washington, Ronell McKinney, Thomas Lewis and Steve Ming at the Tallahassee federal detention center. In one point of time, I became aware that the four of them were government witnesses in the case of Mr. Vicent Smith A-K-A Bobbyo.

4. Mr. Lewis was working in the recreation yard, time to time I would conversate with him. Mr. Lewis said that he does not want to testify but McLaurin is forcing him to do so. Mr. Lewis appeared to be extremely feeble with partial hair lost near the forehead.

5. Eric and I were in the same unit. In a conversation with Eric, he said that he has only a year left in his sentence and he does not need to testify against Bobbyo. Also, that he never had any involvement with Bobbyo, however, McLaurin insist he testify. If not McLaurin said he will take back Eric's 5k1.1 and/or Rule 35. Eric then said to McLaurin he would rather work for him on the streets after his release.

6. Also, McKinney an individual who seem to be agitated

Exhibit 20

, stated that he actually does not know nor has he been involved with Bobbyo. Mr. McKinney further stated that McLaurin did not care if he knew Bobbyo or not.

7. Mr. McKinney boasted about the day he escaped from a detention center in Tallahassee.

8. Mr. McKinney stated that on or about 1997, McLaurin provided him with special treatment for his testimony. Such as having sex with his wife in the DEA Office. Consequently, Mr. McKinney's wife got pregnant and had a child.

9. When I spoke to Ming, he was more interesting in getting information. Ming inquired as to what people are doing out there in the streets of Panama City. Ming wanted to know who is making money.

10. Ming refers to testifying for the government as getting money.

11. Mr. McKinney stated that he hopes the government indict Johnny Goat, so he can get more money.

12. Mr. Mckinney and Ming including the others called them-self either the Dream Team or Murders. In unison, all four said we are going to tackle Bobbyo.

13. On or about February 2001, the officers at Tallahassee accidentally had myself, Bobbyo and the government witnesses all schedule to ride on the same bus. That's when Bobbyo came face-to-face with all four, one-by-one he gave each of them a cold stare. Mr. Ming immediately stepped to an officer and asked to be separated from Bobbyo. Bobbyo was transported to Panama City County Jail await for trial.

14. While in route to Marianna transit facility, I was told by the government witnesses that occasionally McLaurin would have the bus stop and have his cooperating witnesses get off. McLaurin would then take them to his Office or any remote place to meet with their love ones.



Exhibit 20