UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2276 (CKK) |
| | ) |
| DRUG ENFORCEMENT ADMINISTRATION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**DEFENDANT'S SUPPLEMENTAL**
**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant Local Rule 7(h), defendant hereby supplements its statement of material facts as to which there is no genuine issue, with references to the part of the record relied upon to support the statement:

5.  There is no record that Stephen Ming was ever appointed to the civil service as an employee of DEA.  Supplemental Declaration of William Little at ¶ 6.

Defendant also incorporates paragraphs 1-4 of the Statement of Material Facts accompanying its February 28, 2006 Motion for Summary Judgement.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                        /s/
                          PETER D. BLUMBERG, Bar # 463247
                          Assistant United States Attorney
                          United States Attorneys Office
                          Civil Division
                          555 4th Street, N.W.
                          Washington, D.C. 20530
                          (202) 514-7157

Dated: August 15, 2006