UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE, )<br>Plaintiff )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT )<br>ADMINISTRATION, )<br>)<br>Defendant ) | Civil Action No. 05-2276 (CCK) |

## SUPPLEMENTAL DECLARATION OF WILLIAM C. LITTLE, JR.

I, William C. Little, Jr., hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746. The subject of this declaration and the statements set forth herein are true and correct either on the basis of my personal knowledge or on the basis of information acquired by me through the performance of my official duties.

1. The purpose of this declaration is to respond to the District Court Memorandum and Opinion dated June 30, 2006, in the above titled matter.

2. DEA is component of the Department of Justice that performs as its principal function activity pertaining to the enforcement of criminal laws, specifically those activities related to the illicit trafficking in controlled substances and chemicals, including the Drug Abuse Prevention and Control Act of 1970, 21 U.S.C. § 801 *et seq.* See 28 C.F.R. § 0.100.



3. The principal functions performed include police efforts to prevent, control, or reduce crime or to apprehend criminals involved in the illicit trafficking in controlled substances and chemicals. Consistent with both PA Exemption (j)(2) and (k)(2), the records maintained in IRFS, and to the extent the matters relate to an individual that cooperates with DEA, the Planning and Inspection Records and the Operations Files, consist of (a) information compiled for the purpose of identifying individual criminal offenders and alleged offenders, and consist of identifying data and notations of arrests, the nature and disposition of criminal charges, sentencing, confinement, release, and parole and probation status; and, (b) information compiled for the purpose of a criminal investigation, including reports of informants and investigators, and associated with an identifiable individual or (c) investigatory material compiled for law enforcement purposes, other than material within the scope of subsection (j)(2).

4. Based upon the plaintiff's letter dated August 9, 2004, the letter was interpreted as a request for criminal investigative records, and disciplinary and/or personnel records associated with an individual who cooperated with DEA in the context of criminal investigations. The plaintiff requested:

(a). Criminal history, records of arrests, convictions, warrants or other pending criminal cases involving Mr. Ming;

(b). All case names, case numbers and judicial districts, federal, state or local, where Mr. Ming testified under oath;

(c). All instances where the Drug Enforcement Administration has intervened on Mr.

2

Ming behalf to assist him in avoiding criminal problems or prosecutions; and,

(d). All administrative sanctions imposed on Mr. Ming by DEA for dishonesty, false claims, or other deceit or behavior that DEA has deemed inappropriate.

5. If the information exists, any criminal investigative information is reasonably likely to be contained or maintained in the DEA Investigative Reporting and Filing System (IRFS), JUSTICE/DEA-008.

6. Information regarding disciplinary and personnel type matters that relate to conduct or the misconduct of both DEA employees and other individuals while involved in any DEA activity, criminal and/or administrative, is likely to be contained or maintained in the DEA Planning and Inspection Division Records, JUSTICE/DEA-010. These investigations address administrative type matters and personnel type investigations which examine conduct that does not rise to the level of criminal activity, but involves conduct that requires review of management processes or procedures.

7. DEA maintains information related to the identity and conduct of a confidential source in the DEA Operations Files, JUSTICE/DEA-011.

8. Although the plaintiff states "[b]eginning DEA Employment 1987," there is no record that Steven Ming was ever appointed to the civil service by an employee of DEA, as an "employee" of DEA. However, if engaged in any activity connected with DEA or a DEA activity that required a managerial or personnel type investigation, information may exist in the Planning and

3

Inspection record system.

9. The subject of this declaration and the statements set forth herein are true and correct either on the basis of my personal knowledge or on the basis of information acquired by me through the performance of my official duties.

August 15, 2006
DATE

William C. Little, Jr.
Senior Attorney
Office of Chief Counsel
Administrative Law Section
Drug Enforcement Administration
Washington, D.C. 20537