UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



RECEIVED
SEP 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CARLOS DEGLACE,
    Plaintiff,

v.                         Civil Action No. 05-2276(CKK)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.

_____

### MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED SUMMARY JUDGMENT

    COMES NOW Plaintiff Carlos Deglace, pro se, and respectfully moves this Honorable Court for an order extending the due date for filing Plaintiff's Opposition Motion by thirty (30) days, and, for good cause, shows as follows:

    1. On or about August 27, 2006, Plaintiff received the Court's Order of August 18, 2006, requiring Plaintiff's Opposition Motion to be filed on September 15, 2006.

    2. In the same time frame, Plaintiff received the Eleventh Circuit Court of Appeals' order of August 18, 2006, requiring Plaintiff's motion to reconsider to be filed within 21 days from the entry of the order. Thus, resulting in a September 8 due date. See Attachment A.

    3. Plaintiff is incarcerated in the Federal Bureau of Prisons at the Federal Correctional Complex of Coleman Low, Florida. He works at the prison's compound from 0730 hours in the evening to the compound is close.

    4. Though the prison's law library is scheduled to be opened on Saturdays from 0730-1530 and from 1730-2030 during Mondays to Thursdays, it is occasionally closed to inmates because of threatening or imminent thunder storms, fog and other situations considered by the prison to pose a security risk. The library is the only designated place for law work.

5. Therefore, between the other court proceeding and his work, acts of God, and the very frequently security recalls and lock-downs that plagued the normal operations of the prison, Plaintiff's opposition motion is less than halfway completed at this monent. He estimates that, at this going rate, his opposition motion should be completed on or about October 15, 2006.

6. Plaintiff does not foresee any prejudice to the Government by the granting of this motion nor does Plaintiff anticipate any opposition from the Government on this motion. Nevertheless, Plaintiff has simultaneously mailed a copy of this motion to the Government at the same time of submitting it to this Court.

WHEREFORE, for the good cause shown, Plaintiff Deglace respectfully urges this Honorable Court to grant an extension of time of thirty (30) days, until October 15, 2006, to file Plaintiff' opposition motion.

Respectfully submitted,

Carlos Deglace, Plaintiff
Reg.No. 04228-017/Unite B3
Federal Correctional Complex-low
P.O. Box 1031
Coleman, Florida 33521

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first-class United States Mail to: the UNITED STATES ATTORNEY'S OFFICE, Judiciary Center Building, 555 4th Street, N.W., 10th Floor, Washington, D.C. 20530, on this ___ day of September, 2006.

Carlos Deglace

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 18, 2006

William McCool
Clerk, U.S. District Court
30 W GOVERNMENT ST STE 205
PANAMA CITY FL 32401-2739

**Appeal Number: 06-12306-G**
Case Style: Carlos Deglace v. USA
District Court Number: 06-00019 CV-5-LAC/MD
SECONDARY CASE NO: 98-00008-CR-5-LAC/MD

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
  4 Volumes Original Papers

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard[gp] (404) 335-6186

Encl.

ATTACHMENT A