```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


CARLOS DEGLACE,              )
                             )
        Plaintiff,           )
                             )
        v.                   )  Civil Action No.: 05-2276(CKK)
                             )
DEA                          )
                             )
        Defendant.           )
                             )
```

NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik, and **remove** the name of Assistant United States Attorney Peter D. Blumberg, as counsel for the Defendant.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-514-8780 (Fax)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Appearance has been made today December 28, 2006, by mail and/or electronic filing to:

>Carlos Deglace
>Reg. No. 04228-017
>Coleman Federal Correction Institution
>Unit B3
>P.O. Box 1031
>Coleman, FL 33521

_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
Civil Division
555 4TH Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-514-8780 (Fax)