UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLOS DEGLACE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DRUG ENFORCEMENT ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2276 (CKK) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's renewed motion for summary judgment [Dkt. #19] is GRANTED, and it is further

ORDERED that JUDGMENT shall be entered for defendant, and it is further

ORDERED that the Clerk of Court shall mail a hard copy of the Memorandum Opinion and Order to plaintiff at his address of record.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.


Date:  February 15, 2007                                          /s/
                                                                         COLLEEN KOLLAR KOTELLY
                                                                         United States District Judge