UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARLOS DEGLACE,
    Plaintiff,

v.                                        Civil Action No. 05-2276(CKK)

DRUG ENFORCEMENT ADMINISTRATION,
    Defendant.
_____/

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, CARLOS DEGLACE, hereby appeals to the United States of Appeal for the DC Circuit from the Order of this court dismissing his Freedom of Information Act (FOIA) complaint and entered on February 15, 2007, and from each an every part thereof.

Dated: 2-26-07

Respectfully submitted,

CARLOS DEGLACE, pro se
Reg.No. 04228-017/Unit B3
Federal Correctional Complex Low
P.O. Box 1031
Coleman, Florida 33521

**RECEIVED**

MAR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT