UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

NOV 1 5 2007

RECEIVED

# United States Court of Appeals
### For The District of Columbia Circuit

USCA NO. 07-5073

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Carlos Deglace, Registration #: 04228-017, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. District Court an initial payment of 20% of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. Clerk's Office, U.S. District Court, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

SIGNATURE OF PRISONER

*IF HE REFUSE TO SIGN - HIS CASE WILL BE DISMISS*

TOTAL P.002