# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5073**  September Term, 2007

05cv02276



Carlos Deglace,
    Appellant

v.

Drug Enforcement Administration,
    Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 3 0 2007

CLERK

**BEFORE:** Sentelle, Randolph, and Brown, Circuit Judges

### O R D E R

Upon consideration of the motion to appoint counsel, the motion for summary affirmance and the opposition thereto, and the unopposed motion for judicial notice, it is

**ORDERED** that the motion to appoint counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for judicial notice be denied. The substance of the newspaper article submitted by appellant is subject to "reasonable dispute." See Fed. R. Evid. 201(b).

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has failed to articulate a public interest in the disclosure of the information he requested under the Freedom of Information Act sufficient to overcome a third party's privacy interest in keeping the information secret. See National Archives & Records Admin. v. Favish, 541 U.S. 157, 173 (2004). It is

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk